Mr. Benjamin Woodhouse
Havensight Capital L.L.C.
2975 Bayview Dr.,
Pismo Beach, CA. 93449
805 709 1995
benjamin.woodhouse@gmail.com
Cal Bar #261361

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

MR. BENJAMIN WOODHOUSE

                    Plaintiff,

v.

META PLATFORMS INC., ALPHABET
INC., NIKE INC., GIBSON DUNN &
CRUTCHER INC., MR. ROB BONTA,
ATTORNEY GENERAL, ACTING IN
HIS OFFICIAL CAPACITY, MR. DAVID
HARRIS, U.S. ATTORNEY,ACTING IN
HIS OFFICIAL CAPACITY,JUDGE
STANLEY BLUMENFELD,ACTING IN
HIS OFFICIAL CAPACITY,  JUDGE
GARY KLAUSNER, ACTING IN HIS
OFFICIAL CAPACITY, JUDGE
CHRISTINA SNYDER, ACTING IN HER
OFFICIAL CAPACITY, JUDGE DEAN
PREGERSON, ACTING IN HIS
OFFICIAL CAPACITY, JUDGE
LAWRENCE VAN DYKE, IN HIS
OFFICIAL CAPACITY, JUDGE ERIC
MILLER, ACTING IN HIS OFFICIAL
CAPACITY, JUDGE MARK BENNETT,
ACTING IN HIS OFFICIAL CAPACITY,
MS. JOANNE OSINOFF, U.S.
ATTORNEY, ACTING IN HER
OFFICIAL CAPACITY, 9th CIRCUIT
CLERK MOLLY DWYER, ACTING IN
HER OFFICIAL CAPACITY.

                    Defendants.

Case No.:

PLAINTIFF'S *COMPLAINT* AND
*JUDICIAL REQUESTS*

# PLAINTIFF'S *COMPLAINT* AND *REQUESTS*

## INTRODUCTION

Havensight and Woodhouse move the Court, here, to default Meta Platforms Inc., the U.S. Government via the U.S. Attorney, acting in his capacity, Alphabet Inc., and Gibson Dunn Inc. for engaging in patent terrorist behavior, historic plead felonies, conflicts, violations, and unset records - the worst legal conduct in United States history, and engaging in acts such as, but not limited to, war crimes, and coercion and collusion of U.S. Government actors.  Specifically, such historically demonic behavior includes:

acts of genocide of which there is video evidence in possession of multiple U.S. Government Agencies, coercion and collusion of U.S. Attorneys, patently and feloniously accessing Government computer systems, feloniously doctoring Court Records, feloniously stealing Customer Orders, feloniously interfering with Customer Orders, feloniously imprisoning Customers and Prospective Customers in a "genocide hotel," paying for supermodels to service Judicial Officers, in a quid pro schemata of sexual favors, in return for takings of Woodhouse's Company Orders, and the lack of enforcement from Judicial Officers and the U.S. Government, of the most plead felonies, conflicts, red

flagged cases, and unset record, in U.S. legal history.  *18 U.S.C. Section 130. Rome Statute of the International Criminal Court*.  *International Airport Centers v. Citron*, 440 F.3d 418 (7th Cir. 2006).  *In Re American Airline*s, 972 F.2d 605 (5th Cir. 1992).

Further, Meta Platforms Inc. also must pay restitution to Woodhouse for privacy violations.  The District Court must advance this filing constitutionally, as he opted out of the class action suit settlement for facial recognition technologies, and is similarly situated.  *Patel et al. v. Facebook, Inc*., 932 F.3d 1264, 1273 (9th Cir. 2019).  It is also ethically bound to make the genocide videos, in possession of the U.S. Government public, in order to enjoin future conduct.

Specifically, here, *Counsel Not of Record* for the Triple Conflicted Parties, held impromptu death trails, in a hotel, occupied by U.S. Attorneys, routinely killing multiple victims in single evenings, after asking them, either, two, to, three questions for a period of months, on an every single day basis.  After Woodhouse notified in writing the U.S. Attorneys of the death trials, in over fifty correspondences on this nightly basis, yet no action was taken, and no response was sent.  Additionally, it is alleged, but the war crimes are not alleged, they are testified to, that *Counsel Not of Record* had installed contractors of his hiring in local law enforcement agencies, thus preventing Woodhouse from dialing local law enforcement, and requesting F.B.I. and A.T.F. intervention in writing.

*COMPLAINT* AND *REQUESTS*

2

Moreover, Woodhouse was sleep deprived, as a result of continued noise trespass, and intervention of over three hundred assassination attempts from contractors hired by the conflicted Parties, including contractors using military grade weapons, military infrastructure, and breaching for non traditional roads to assassinate Woodhouse.  Finally, Judges, Clerks, U.S. Attorneys, Counsel Not of Record for Gibson Dunn, and the Triple Conflicted Parties, all, took positions in a hotel in Pismo Beach, California, what has now come to be known as "the genocide hotel," and engaged in this patent schemata of bribery and collusion, even after the acts of genocide and death trials being conducted by *Counsel Not of Record*, with ball machine guns, were reported to the U.S. Attorneys Office, and filed into the public Federal Court Record, which was before two Federal Judges, Judge Snyder, and Judge Klausner.  It is also likely that Judge Klausner and Snyder also took positions in this genocide hotel, while concurrently ruling on the genocide, in what now appears to be, either, a bizarre complete loss of capacity.

There are videotapes of the genocide videos in possession of the U.S. Government, Woodhouse can testify as to witnessing the death trials, hosted by Counsel Not of Record, in the genocide hotel, in addition to the noise and physical trespasses.  Moreover, it is known but not testified to that one supermodel was dragged to her death after being tied to a truck, as part of this genocide schemata, funded by Alphabet Inc., Meta Platforms Inc., Nike Inc. and U.S. Government.

*COMPLAINT* AND *REQUESTS*

3

Woodhouse can testify to, an assailant breaching his property, with a firearm to tie his person to a truck within 12 days of this attack on the supermodel, and this assailant accidentally disappeared during this process, in another divine intervention of good fortune, and almost clue like communication, to the conflicted Parties, and Appellate Court.

Furthermore, the U.S. Attorneys were routinely advised that with the most plead felonies, conflicts, red flagged cases, violations and unset records in U.S. legal history that the conflicted Parties and Alphabet Inc., and the U.S. Government could not prevail in the matters.  Regardless, they did nothing to enforce the plead felonies, did nothing to quell the genocide.  In fact, Woodhouse can testify that he overhead them routinely interacting with impersonating Counsels, to attempt to file false resolutions, while everyone was enjoying a terrorist motif in the genocide hotel, collectively.  *Decl. Mr. B. Woodhouse*.

Additionally, Judges, U.S. Attorneys, and the Conflicted Parties, on a daily basis sent noise death threats, threats of killing, via hired organized criminals.  This would eventually morph into a multitude of assassination attempts with organized criminals, in both, Pismo Beach, CA., and Los Angeles, CA.  Judge Martin Tangeman attempted to rape a supermodel, such that she had to run around the hotel screaming rape, after raping a minor in full view in the glass of the genocide hotel, after Woodhouse has filed into the Federal Record that Judge Tangeman was

*COMPLAINT* AND *REQUESTS*

4

harassing Woodhouse for affections from his Cousin's wife, and the U.S. Attorneys were instructed to remove him from the genocide hotel.

Moreover, two of the matters at issue, involved the obstruction of binders of depositions from imposters, which the Triple Conflicted Parties, had taken, and had provided to Judge Blumenthal are also likely responsible for the death of a Rhode Scholar, who was the colleague of Woodhouse, and had her deposition impersonated. Further, the Triple Conflicted Parties and Alphabet Inc. also doctored a State Court Record to make Mr. Woodhouse look like an incarcerated criminal, despite having never been convicted of a crime, and stole feloniously all of Woodhouse's Customer Orders, after breaching his computer files, on a daily basis. If this Federal Court is unable to enforce the plead criminal conduct, plead conflicts, legal violations including red flagged cases, and acts of war crimes, then the next step would be for anti terrorist teams to breach the Federal Court, take possession of the Judges, and close the Courts, until the U.S. Senate can better understand what procedures and intervention is required to ensure that we do not lose our Federal Court to terrorist actors ever again. *Decl. Mr. B. Woodhouse.*

Woodhouse humbly and respectfully, asks that the California Attorney General, to consider removing any and all U.S. Attorneys, who are found to have engaged in terrorist acts, and felonious conduct. He is sued symbolically, here, and to gain his assistance, in bringing some semblance of reality, decency and decorum

*COMPLAINT* AND *REQUESTS*

5

back to the Courts.  Woodhouse also advocates for the California Attorney General to file against Judge Miller, and Judge Van Dyke, in the 9th Circuit, as upholding the most plead felonies, conflicts, red flagged cases, unset records, and violations, in matter *22-55045*, makes them dirty miscreants, who take bribes, but when they help conflicted Parties not pay for historic plead criminal activity, after it has burned a 9th Circuit Judge, one of his own, it makes them terrorists.  These genocide enablers belong in a Guantanamo Bay, with all of the highest-level threats to the U.S.  We are not just talking about the daily meals purchased for the 9th Circuit Judges by Alphabet Inc. and Meta Platforms Inc., which Woodhouse overheard, while struggling with food security, or, the Nike contractors playing cards in Reno Casinos in obscene record amounts, we are talking about more serious terrorist ethos, upheld by the elevated Court.  *Decl. Mr. B. Woodhouse.*

Immunities will not help these Judges, as National Security law, provides for counter measures, against U.S. actors, who engage in, either, treason, or, acts of terrorism, which subvert the U.S. Government.  *National Security Act Art. 7.* There is a resolute public policy interest, in holding U.S. Attorneys accountable for concealing their *Orders to Settle*, and the 9th Circuit failing to enforce *Orders to Settle* from its fellow Judges, after a murder on the ordering Judge.  It should also be stated that it is not the act of the Montana based 9th Circuit Judge taking the bribe from Ms. Hillary Clinton on the terrorism that is unbelievable, it is the fact

*COMPLAINT* AND *REQUESTS*

6

that Woodhouse had to overhear the bribery conversation, while in the privacy of his own residence, bribery obviously does not purchase basic common sense.

We cannot simply end the fabric of society and civilization for some silver spoon Dutch royal, who has no legal abilities, and continually leans, on illegal visits some policy advocate that poses as a National Security advisor, and false promises of employment.  It mocks the U.S. Courts to the rest of the World. Dictators in Mali, and Myanmar, probably operate Courts, with Judges, who have more deference to patent, and plead war crimes, than those bestowed with the honor of serving the U.S. People.  Further, this work is a complete abandonment of prior case law, stating that genocide has no place in civilization, let alone the legal profession.  *Siderman de Blake v. Republic of Argentina*, 965 F.2d 699 (9th Cir. 1992).  *See Sarei v. Rio Tinto*, 671 F.3d 736 (9th Cir. 2011).  *See also Movsesian v. Victoria Versicherung AG*, 670 F.3d 1067 (9th Cir. 2012).

As we sit at the U.N. and other Councils, and try to lead on spreading democracy, and basic human rights, we micturate on ourselves, by letting some *Counsel Not of Record* burn 9th Circuit Judges alive, and set records, in plead criminal conduct, and human rights abuses.  *U.S. v. Yunis*, 924 F.2d 1086 (D.C. Cir. 1991)(stating genocide as a concern of universal nations).  When the 9th Circuit rules for a Party, who burned alive one of their own, and committed the most plead crimes and conflicts in history in the paper filings, it is also analogous

*COMPLAINT* AND *REQUESTS*

7

to some kind of bizarre combination of down syndrome, mixed with sado machoism.  Finally, if A.G. Bonta's investigation turns up, to find that Mr. Harris, U.S. Attorney, was in the room when *Counsel Not of Record*, either, held impromptu death trials, or, when the 9th Circuit Judges and Wilson Sonsini *Counsel Not of Record* were burned alive, the death penalty should be sought.

## STATEMENT OF FACTS

Shortly, after Woodhouse filed against Alphabet Inc., Meta Platforms, Inc., Nike Inc., Gibson Dunn Inc., and the U.S. Government, Mr. Van Schwing, and Ms. Linsley, in the middle of 2021, commenced representing all three Parties, Meta Platforms Inc., Nike Inc., and Gibson Dunn Inc., despite having already represented Alphabet Inc., in a previous related matter against Woodhouse's company, Havensight Capital, which was at issue in the matter at hand.  Thus, a historic quadra conflict was created.  Next, bizarrely, Triple Conflicted Counsel, Mr. Van Schwing, *Counsel Not of Rec*ord, Mr. Doran, and a cadre of U.S. Attorneys moved into the hotel across the street from Woodhouse's private residence.  To be precise, it was the Cliffs Hotel, in Pismo Beach., CA., which is in proximity such that all business calls, and sounds can be heard from the hotel, and the house of Woodhouse's Parents respectively.  Initially, this appeared to be patent collusion, as there are hundreds of hotels, in Pismo Beach, CA. and San

*COMPLAINT* AND *REQUESTS*

8

Luis Obispo, CA., there was no reason for the Parties to take positions collusively at this hotel.  Immediately, thereafter the Parties commenced harassing Woodhouse and his elderly Parents by yelling epitaphs and slurs, and making death threats on a nightly basis, usually between the hours of one in the morning to four in the morning.  Woodhouse became concerned, as these matters, involved serious torts, involving the U.S. Government, the conflicted Parties, and Alphabet Inc. that the U.S. Attorneys from the onset, might have been confused that they serve the American People.

Triple Conflicted Counsel, then, proceeded to commit the most felonies, most conflicts, most violations, most late filings, most red flagged cases, and eventually the most unset records in U.S. legal history, in defending his matters, this included perjury, in lying about binders of depositions of imposters which he provided to the District Court.  Woodhouse asked the District Court to produce these, in legal filings, and at hearing.  It would later be known that Woodhouse's colleague, who was feloniously impersonated, a Rhode Scholar, would be executed by Triple Conflicted Counsel, in the Pismo Beach, hotel.  This fact was brought to the attention of the Appellate Court, and the U.S. Attorneys, and still these conflicted Parties remain unpunished.

Meanwhile, Judge Tangeman, a Judge who has some kind of bizarre vendetta against Woodhouse for a Pepperdine law colleague, who is the ex-wife of

*COMPLAINT* AND *REQUESTS*

9

his cousin, demonstrating affection for Woodhouse.  Consequently, Judge Tangeman would commence taking position in the Pismo Beach, CA. hotel, and with the assistance of Triple Conflicted Counsel, and perhaps, Ms. Hillary Clinton, as hired Consultant by Meta Platforms Inc., commenced inviting ex girl friends of Woodhouse, comely women from Woodhouse's past, and Woodhouse's distantly related supermodel niece, and colleagues to occupy the hotel with him.  At which point, Judge Tangeman commenced raping select members of this group, including one minor, who he had invited, and, through all of the following: consideration, misrepresentation, and force, attempted to have relations with these women.  One supermodel colleague actually ran around the room, and yelled rape over fifty times, according to a member of the community.

Additionally, Judge Tangeman would bring a false accusation against Woodhouse, citing that he had committed wandering glances over the colleagues undergarment while in a law school class, even bringing a Pepperdine Law professor to the hotel, to assist him in this mentally handicapped and mentally ill pursuit.  Woodhouse was not served with the Complaint, and if he had been, he might have responded with the fact that this Pepperdine Law professor, brought to the hotel to assist, routinely interrupted studying for students in the Pepperdine Law library, with his sexual acts in his upstairs office with the classmate, in question, thus Judge Tangeman's wandering eyes investigation might have been

*COMPLAINT* AND *REQUESTS*

misdirected.  It should be publicly stated this colleague, will not be named, Woodhouse believes this colleague to be a victim of rape, and to be a highly impressive: Counselor, Leader, and Mother.

If this was not nonsensical, in itself, Judge Tangeman and *Counsel Not of Record*, and the U.S. Attorneys, started living for over two years in what would become the genocide hotel, in Pismo Beach, CA.  Further, this disgusting exhibition of abuse of power, would algo go on to include but not be limited to, the residing of various District Judges, who obstructed Woodhouse, and upheld the most felonies and conflicts in U.S. legal history, with one specific Judge filing a Notice of conflict, and then dismissing a *Request for Re-Assignment* for conflict two days later, after Woodhouse provided notice of her filing.  These Judges then commenced forcing the supermodel colleague's of Woodhouse's distant related niece to strip for them nightly, routinely waking Woodhouse up in the middle of the night for Tangeman's sexual escapades, Judges, *Counsels Not of Record*, and U.S. Attorneys, all howling, about how the supermodels looked without their clothes on, and other acts of servile sexual misconduct.

It is also alleged, but not testified to as the other conduct, that the U.S. Attorneys hold possession of correspondences from the ruling Judges, requesting consideration, positions at Gibson Dunn, and admission at Harvard University, after the U.S. Attorneys took possession of Ms. Linsley's email account, after her

death.  Woodhouse warned the U.S. Attorneys that the Pismo Beach, CA. hotel was unsafe and that Linsley needed to be evacuated, Woodhouse also witnessed Ms. Linsley, vandalizing the hotel gift store with a hammer, and using illicit drugs prior to her eventual stabbing.  He was concerned that she was potentially a danger to herself, and her coercion over the Court, prevented others from providing assistance to her.  Triple Conflicted Counsel, and *Counsel Not of Record*, who perpetrated the genocide, never conferred with Woodhouse at the Appellate level, and never actually reported Linsley's death.  The 9th Circuit should have defaulted these Parties for placing her name posthumously, on their submitted *Briefs* covers.

Eventually, Managers of these models, would commence obtaining ball machine style guns, and commenced executing Individuals, coming into the hotel, in desperate attempts to convince the Judges to stop raping the supermodels, and other women, who were being mislead into the hotel by Tangeman.  Eventually, the supermodels themselves would be executed in retaliation for these acts, and for speaking out against Tangeman and the Judges in a uniform manner, whether this was ordered by Ms. Hillary Clinton, who was consulting for Meta Platforms Inc., is unknown to Woodhouse.  Moreover, the hotel then disintegrated into chaos, and Triple Conflicted Counsel, and *Counsel Not of Record*, somehow used contractors to take possession of these ball machine military grade weapons, and *Counsel Not of Record* then proceeded to hold impromptu death trials, on a daily basis while the

*COMPLAINT* AND *REQUESTS*

12

Judges were still deliberating on *Motions for New Trials*, and *Ex Parte Applications*.

Furthermore, Woodhouse estimates that *Counsel Not of Record* murdered around 120 people, with his impromptu death trials, in which individuals, were asked one to two questions, before being shot to death with the ball machine gun at *Counsel Not of Record's* specific order.  Additionally, somehow, the Judges also invited a former Yale tennis player, like Woodhouse, into the hotel, and had him murdered with a ball machine gun, forcing one of the supermodels, who had been forced to strip to serve as bait.  Woodhouse estimates close to 3,000 people, perhaps, more, have been murdered, either, in, or, within 500 yards of this genocide hotel over the two and half years, in which these matters, have been litigated.  Woodhouse's reporting, communication of remediation, and filed witnessed testimony, has done nothing to quell this brain damaged genocide, and wanton abuse of Judicial power.

Additionally, these events were complimented, with Woodhouse being shot at with over 50 rounds from long distance, over a ten minute period, while exercising at a local park, in Pismo Beach, CA.  The park is close to a major freeway, much like the genocide hotel, and a place where little leaguers often practice their respective baseball.  One projectile missed the head of Woodhouse by inches.  Woodhouse was unable to identify the assailant after climbing a hill,

*COMPLAINT* AND *REQUESTS*

13

once the gunfire stopped, but its temporal proximity to the filed cases, and death

trials, suggest a likelihood, that the conflicted Parties, either, funded this activity,

or, directly ordered it.

Consequently, Woodhouse immediately, and nightly reported the genocide

to the U.S. Attorneys, in written correspondences, copying all U.S. Attorneys of

Record, in over 50 emails, stating the impromptu death trials, recommending beach

of the hotel by A.T.F. to remove the ball machine guns, and breach by F.B.I. to

take *Counsel Not of Record* into custody.  Woodhouse did not connect with local

law enforcement, as Woodhouse had encountered contractors hired by *Counsel Not

of Record*, serving as local law enforcement, on his property late at night on two

occasions.  It is now known to Woodhouse, whether U.S. Attorneys were present at

the death trials, but Woodhouse can testify that he heard *Counsel Not of Record*,

called to by name, and his voice directing the murdering of the victims.  It is

known that video tapes of these death trials are in possession of multiple U.S.

Agencies, and Woodhouse will have them published at trial.

Woodhouse also did not directly witness, but has been materially informed

that *Counsel Not of Record*, and potentially the U.S. Attorneys participated in the

burning alive of Wilson Sonsini's *Counsel Not of Record*, and a 9th Circuit Judge,

who had ordered the U.S. Government to Settle, as a result of a U.S. Attorney's

improper letter, being filed by a non admitted U.S. Attorney in the 9th Circuit.  The

*COMPLAINT* AND *REQUESTS*

14

name of the 9th Circuit Judge is known to Woodhouse, but he will not make it of record, until the District Court permits, as such.  Woodhouse intends to request the Solicitor General to make disclosures as to whether Mr. Harris had, either, participated in, or, had knowledge of, these burnings, and the genocide events.  Mr. Harris must also disclose what knowledge he has of the doctored *Court Record*, and the reasoning for the continued obstruction of the binders of depositions of imposters, which the Judge in a fit of loss of capacity, provided to the California Bar.

It is also known to Woodhouse that there are credible rumors that a Counsel brought suit on behalf of a baby in the genocide hotel, and that *Counsel Not of Record* is a suspect in the murder of the baby. Woodhouse believes that it was also accomplished to intimidate Woodhouse, and was foreseeable after the suit was filed that such conduct might occur, with the death trials being heard on a nightly basis.  Further, this heinous act, not only demonstrates that *Counsel Not of Record* is not fit to represent any Parties, it also calls into question the capacity of the U.S. Attorneys, who just sat and watched the genocide unfold, and continued to clap along throughout the whole period.  It is also alleged that the conflicted Parties named Ms. Linsley on the *Briefs* filed, despite Ms. Linsley already being deceased months before.  This might explain why the Triple Conflicted Parties, and Alphabet Inc., both collectively, failed to include six *Appendices* across six *Briefs*,

*COMPLAINT* AND *REQUESTS*

15

alphabetize their cases, filing improper Appellate filings, filed three red flagged cases among them, in addition to close to fifty cases, which do not stand for their position, emailed documents to the 9th Circuit clerk rather than properly filing them, and this is in addition to the plead felonies, conflicts, violations, attached attorney work product, felonious contacts with the Court Clerk, and other items in the initial matters.

Moreover, included in this collateral attack on, Judges, U.S. Attorneys, and conflicted Trillion dollar companies, on a small business owner, were felonious takings of Customer Orders, which kept Woodhouse destitute during the litigation, frequently negotiating sales of Woodhouse's companies, and imprisoning Woodhouse's Customers in the genocide hotel, such that Woodhouse could hear the felonious conduct, despite having no legal claims to Havensight Capital, and no perfected judgments.  Apparently, Judicial Officers assisted in these takings, suggesting and realizing that they profit from them, and use them to pay the supermodels to strip and perform sexual favors for them, and perpetuate their sexual and terrorist fiefdom, which they had created.  Woodhouse concedes, it is possible that select Judicial Officers and *Counsels of Record*, and *Counsels Not of Record* might have lost their capacity, during this two and half year period. Woodhouse witnessed Alphabet Inc's Counsel attempting to carry a detached sink into the parking lot of the hotel, after the infanticide, in what could best be

*COMPLAINT* AND *REQUESTS*

described as the most bizarre and surreal event that Woodhouse has ever witnessed.

The takings were witnessed to, alleged, however also, is that in the collusion, Judges, Triple Conflicted Counsel, Gibson Dunn *Counsel Not of Record*, and Alphabet Inc. conspired to sell allocated settlement funds.  There were alleged tacit agreements after settlement funds were transferred to Triple Conflicted Counsel, and Alphabet Inc.'s Counsel to offer to Woodhouse, between the Judges and Gibson Dunn *Counsel Not of Record* to embezzle these funds.  The idea was that settlement funds could be to fund the cohabitation at the beach hotel, and pay for more ladies of the night to arrive at the hotel, and that any issues with failed settlement, would be taken care of by, either, assassinating Woodhouse, or, using the customary, two in one filing, without proper assignment, claiming to have not read the Briefs, and pretending to not have reviewed the matter in errata.  In the Order at hand, the 9th Circuit demeaned Woodhouse, as a *Pro Per*, despite him representing Havensight Capital L.L.C. in two of the three matters.  Woodhouse has since nicknamed this schemata, the "handicapped Dutch shuffle," as it usually involves one Nevada entity of some kind, in addition, and is never especially clandestine.

Woodhouse can also testify to hearing *Counsel Not of Record*, and Alphabet Inc.'s Counsel, and the U.S. Attorneys, on a weekly basis holding settlement

*COMPLAINT* AND *REQUESTS*

conferences with random impersonators of Counsel, boasting about sending settlements to colluding Judges in the hotels, and routinely sending process servers to drive around Woodhouse's property, pretending to be serving documents.  These impersonators of Counsel would change from week to week, and Woodhouse is unsure if any of them, are actual Counsels.  Woodhouse also alleges that Triple Conflicted Counsel engaged in espionage in sending a French foreign government agent to pretend to be Woodhouse's Counsel to the District Court, with the Agent interfering with the District Judge without Woodhouse's knowledge until after the rulings, this could be why the Judge failed to adjudicate twelve documents and ruled for Triple Conflicted Counsel, on a *Motion* he responded to nine days late. Triple Conflicted Counsel, and the U.S. Attorneys have not conferred at once at the Appellate level, and Alphabet Inc. only once, despite being sent in writing, warnings over several months, about impersonation of Counsel, and the fact that Woodhouse was and would only ever be, the only *Counsel of Record*, and only Counsel empowered to make communications for my Clients.

Moreover, Woodhouse also can testify to hearing a 9th Circuit Judge routinely place orders for meals, with, either, Meta Platforms Inc., or, Alphabet Inc. hired servers in the genocide hotel.  In addition, Woodhouse estimates over 400 to 500 assassination attempts on his life, over the two year period, usually by organized crime groups, while *Counsel Not of Record*, watched from his genocide

*COMPLAINT* AND *REQUESTS*

18

hotel window, and frequently boasted, such that Woodhouse could hear, comments about taking his life.  In one brazen and terrifying act, a full entourage of commandos attempted to breach Woodhouse's property and assassinate him from an uninhabited area adjacent to Woodhouse's property after helicopter insertion, fortunately, they inadvertently incinerated themselves with napalm, in a clue like twist of fate.  In the past week, Meta Platforms Inc. contracted with Japanese organized criminals to assassinate Woodhouse in the Los Angeles area.  The U.S. Government National Security infrastructure has recordings of these conversations. This attack was neutralized in another clue like strike of destiny.  Why the Japanese American terrorists kept beaching the property of Woodhouse's family with machine guns is unknown?  Annihilation could have been avoided, by a simple testimony, and Triple Conflicted Counsel paying back the bribe paid for the assassination in the form of settlement.  All of these Executives and Judges going terrorist, it is not very rational, family Members can be found by U.S. Agencies with satellite technology very expediently, venture capitalists playing handicapped gangster, is not a real match for classified weapons, professionals, who run counter operations against foreign organizations, and dishonest organized criminals.  If I had another clue for: Judges, U.S. Attorneys, and Executives, once the remediation starts, it never really stops.

*COMPLAINT* AND *REQUESTS*

19

Moreover, Woodhouse has since explained to the conflicted Parties, Alphabet Inc., and the U.S. Attorneys that remediation is on the table, as a result of intervention from application of National Security Law.  Many U.S. Leaders are unsure why there is not a Federal Court, which can enforce terrorist behavior, and what is historic plead into the record felonies, conflicts, perjury, and red flagged cases.  Currently, the 9th Circuit obstructed Woodhouse by failing to file an *Assignment Order*, knowing full well that the conflicted Parties and Alphabet Inc., and the U.S. Government cannot prevail under any legal circumstance, and then issuing a defective *Order*, pretending they are not capable of reading the historic plead felonies and conflicts.  It is critical that this Federal Court understand that this is the precipice of maintaining a legal profession, ending terrorism from economically elevated Parties, and basically restoring decorum, before total anarchy annihilates the fabric of society.  Woodhouse did not fight terrorists and save the U.S. Government from falling in law school, in order for one Dutch Shit Head, and a bunch of trillion dollar Clowns to bill for felonies and genocide, after hosting a genocide event in the hometown of Woodhouse's Parents. In fact, if Woodhouse had known how seriously brain damaged the 9th Circuit could be, and how easily it is bribed, he would not have stood up to the terrorists in Law School.

Additionally, in another fit of handicapped behavior, Mr. Harris, and Judge Tangeman also orchestrated, having homosexuals follow Woodhouse into

*COMPLAINT* AND *REQUESTS*

20

restaurants, as part of some kind of sign up scheme in the genocide hotel of plebians, when it was known to Judge Tangeman that Woodhouse was heterosexual, and Woodhouse had already alleged such conduct in the Complaint, served on Mr. Harris.  The U.S. Attorneys and Triple Conflicted Counsel, would then go on to pay a homosexual to bring an assault claim, and attempt to confuse the Court, with a doctored handwritten confession, Woodhouse is an appellate Master, he would not have provided the U.S. Attorneys as a heterosexual with a hand written confession, and no U.S. Attorneys ever conferred with Woodhouse.  Further, Woodhouse had never met this accuser, which was paid, and does not share the U.S. Attorneys humor, on defamation of orientation, but as it is a green light period now, with the 9th Circuit upholding terrorism, Quasi U.S. Agencies can deliver the messages for Woodhouse.

Finally, Woodhouse alleges that periodically and systematically, the conflicted Trillion dollar Parties, Alphabet Inc., and the U.S. Government, listened to Woodhouse's business calls from the genocide hotel, entered the computer systems of his company's email, and web searches, and contacted all of his prospective and existing Customers.  This included, but is not limited to, the Parties representing that they were the true owners of the companies, despite there being no perfected judgments, and no judgments against Havensight Capital L.L.C. whatsoever.  The conflicted Parties, Alphabet Inc., and the U.S. Government, often

*COMPLAINT* AND *REQUESTS*

at the behest of terrorist *Counsel Not of Record* attempted to steal the orders, fulfill the orders themselves, and drive all Customers away from Woodhouse, such that he would remain unable to feed himself, during the Appellate period.

This conduct also included the Conflicted Parties, Alphabet Inc., and the U.S. Government taking his Customer prisoner in the genocide hotel, inviting them to the hotel, and then holding them hostage for no legal reason. Moreover, this brazen conduct included, and was not limited to, imprisoning the Chinese Ambassador to the U.S., in an attempt to stem shoes sales to China, and leverage their coercive behavior against Woodhouse, and his attempt to enforce the most plead felonies, conflicts, unset record, violations, and red flagged cases, ever plead in U.S. legal history. The Conflicted Trillion Dollar Parties, and Alphabet Inc., also made a practice of "leasing" businesses, in which Woodhouse tried to do business with, whether it be, restaurants, real estate agencies, hedge funds, retailers etc. and then would often attempt to encourage those groups, using bonus payments, to engage in violent acts against Woodhouse, and Havensight Capital L.L.C.

## I.   GENOCIDE WAR CRIMES AND VIOLATION OF CIVIL RICO FOR INTIMIDATION OF A WITNESS AS A RESULT OF ANTI COMPETITIVE BEHAVIOR

*COMPLAINT* AND *REQUESTS*

Genocide is defined as mass killings in a systematic schemata, and can be declared based on killings of, either, groups, or, killing of individuals in confined geographical places. *U.N. Geneva Convention on Genocide*. In this instance, there is videotape evidence, in possession of multiple U.S. and Quasi U.S. Agencies, along with Woodhouse's witness testimony that *Counsel Not of Record* for the Triple Conflicted Parties systematically, unabatedly murdered the innocent and defenseless, in what is best characterized as impromptu death trials, in a hotel in Pismo Beach, CA. The act of a horrific plethora of killings, in, either, a targeted manner, or, schemata, is sufficient to meet violation of this U.N. standard.

Moreover, *Federal Civil R.I.C.O.* Statues are violated, and a private right of action arises within Federal obstruction when a witness is intimidated by Opposing Counsels, and Parties. *18 U.S.C. Section 1512*. *United States v. Bell*, 113 F.3d 1345, 1349 (3d Cir. 1997). Specifically, there is a private right of standing for a *Section 1985* claim under the *Civil Rico Obstruction Statue*, as ruled on by the 9th Circuit. *Miller v. Glen Helen Aircraft Company*, 777 F.2d 496 (9th Cir. 1985). *Chahal v. Paine Webber Inc.*, 725 F.2d 20 (2d Cir. 1984). There is also standing bestowed by the Supreme Court, to bring a private action, against the U.S. Government itself, when its conduct arises to a level that attempts to persuade a witness not to testify. *Webb v. Texas*, 409 U.S. 95 (1972). It might also be posited that Triple Conflicted Counsel and *Counsel's Not of Record* terrorist conduct,

*COMPLAINT* AND *REQUESTS*

23

could be construed to also violate the importantly legislated and venerable *California Human Trafficking Law*, as it concerns the impediment of human freedoms, a Constitutional right.  *U.S. Constitution.  S.B. 657.*

Furthermore, actual withdrawal of testimony is inconsequential, and in this matter, Woodhouse has come forth, to restore the profession, stand up to terrorists, and send a message to trillionaires that believe their respective economic girth, allows them to engage in such terrorist acts.  *United States v. Davis*, 183 F.3d 231, 250 (3d Cir. 1999).  While it is true that a nexus between active notice and the intimidation is a requirement, this is not an issue in these matters, as Woodhouse either, heard, saw, and experienced, these heinous acts.  *Decl. Mr. B. Woodhouse.*

First, Woodhouse testifies *that Counsel Not of Record*, stood with three to four other Individuals in a room and summoned random helpless defenseless victims to s room in the genocide hotel, in the evening hours, usually between 5 and 7 p.m. p.s.t.  and proceeded to order them to be shot, with a ball machine style weapon, often nicknamed a Hershel, usually *Counsel Not of Record* held these impromptu trials, such that three to four individuals were murdered on a nightly basis for a period of three to four months.  Woodhouse immediately, upon witnessing this, alerted U.S. Attorneys in writing, and via telephone of the situation, and made written recommendations for A.T.F. to breach the hotel, and regain the ball machine guns, and for the F.B.I. to investigate and prosecute those

*COMPLAINT* AND *REQUESTS*

24

responsibility, with an emphasis on ending the genocide trials, as expediently as possible.  These written warnings and phone messages, were never returned, despite the U.S. Attorneys being *Counsels of Record*, and compelled to respond to what Woodhouse believes is the worst crimes perpetrated on U.S. soil, since the Holocaust in Germany during World War II.  *Decl. Mr. B. Woodhouse*.

Second, the District Court must take judicial notice that the death of a Rhode Scholar colleague of Woodhouse, was perpetrated in the genocide hotel, in addition, as a result of Triple Conflicted Counsel, Mr. Van Schwing, taking depositions of imposters feloniously, in the non discovery period.  She did not have to die, because of Triple Conflicted Counsel's own ignominious self-belief in his own coercion schemes.  Triple Conflicted Counsel also provided these depositions to the District Court, in the matters, which brought rise to this filing, and in that suit, Judge Blumenfeld inadvertently awarded sanctions, based explicitly in his *Order* on Triple Conflicted Counsel's felonious entry of settlement offers, despite Triple Conflicted Counsel, being possibly quadra conflicted, and pleading the most procedural violations in U.S. legal history in a single matter.  *District Matter 2:21-cv-6727*.  Judge Blumenfeld would go on to dismiss Woodhouse's *Motion for a New Trial*, after Triple Conflicted Counsel filed a response nine days late.

Third, the burning of a U.S. 9th Circuit Federal Judge and the Wilson Sonsini Director, who was a *Counsel Not of Record*, in the genocide hotel by allegedly

*COMPLAINT* AND *REQUESTS*

25

*Counsel Not of Record*, the Conflicted Parties, and Alphabet Inc., also, should be construed to fit within the legal definition of genocide, as it was a schemata of targeted killing against a specific group, namely Officers of the Court.  *U.N. Geneva Convention on Genocide*.  *Fowler v. United States*, 563 U.S. 668 (2011). Woodhouse witnessed this hit acoustically, and alerted U.S. Attorneys appropriately.  *Decl. Mr. B. Woodhouse*.  The District Court, here, should take offense to Triple Conflicted Counsel, and *Counsel Not of Record*, terrorist and violent acts, towards a Federal Judge.

Moreover, such conduct, also meets the criteria for violation of Civil R.I.C.O. as there is an act, which is intended to intimidate Woodhouse, and curtail his legal rights.  The burning of the Judges, and the impromptu death trials, here, in the hotel across from the property of the family of Woodhouse, would be sufficient for such an act.  It creates reason for Woodhouse to relinquish legal rights, as a result of coercion.  The conflicted Parties, Alphabet Inc., and the U.S. Government, are responsible for the causation, here, as they did one of the following respectively: participated in, funded, and acted negligently, in the perpetration of the act.  Moreover, this is not an alleged fact, as Woodhouse witnessed these acts. *Decl. Mr. B. Woodhouse*.

Moreover, the Parties also are alleged to have paid for military contractors and Japanese American terrorists to breach Woodhouse's property, and assassinate

*COMPLAINT* AND *REQUESTS*

26

Woodhouse.  The act is also testified to, and occurred between the hours of 2 a.m. to 3 a.m. on May 14th, 2023, at the Pismo Beach address.  An additional act also occurred in a four month period prior to that, with only military contractors in a platoon size, attempting to breach the property, and accidentally incinerating themselves with a napalm like substance.  While the Japanese American terrorists were not able to harm Woodhouse, they did leave an individual deceased from contusions to the head, on his property shortly after the attack.  *Decl. Mr. B. Woodhouse.*  While Woodhouse has completed his M.C.L.E. in 2022 credit by watching ethics videos, on avoiding "bro culture" in law firms, this kind of behavior supersedes "bro culture," and steeps into the realm of actual treason, and terrorism.

Such an atavistic act of conventional war, with the synthesis of Japanese American terrorists, and foreign military contractors, into a single event, with military grade weapons used, stalking techniques, and sophisticated tactical developments would constitute intimidate under Federal law.  *18 U.S.C. Section 1512.  Fowler v.*  Fortunately, for Woodhouse, one of the military contractors prematurely fired his weapon at the onset of the siege, alerting him that it was time for more biblical intervention under the castle doctrine.  Again, the conflicted Parties, Alphabet Inc., and the U.S. Government would be, either, the nexus, and causation of the act, for any of the following: funding, participating, and

*COMPLAINT* AND *REQUESTS*

27

negligently failing to cease, this conduct.  Moreover, Woodhouse witnessed the

act, and there was actual intimidation created, with this felonious, if not terrorist

conduct.

Fifth, Woodhouse alleges that he has survived between an estimated 400 to

500 assassination attempts, on his life, during the course of this litigation, primarily

at his Parents residence.  These are either, as a result of direct funding from, either,

the conflicted Parties, and Alphabet Inc., or, by sovereign Parties inspired by their

respective conduct.  The idea that the conflicted Parties and Alphabet Inc., would

not pay restitution after pleading the most felonies in U.S. legal history, the most

conflicts in U.S. legal history, the most violations in U.S. legal history, three unset

records, and the a multitude of red flagged cases, is just self-belief in coercive

powers over the Courts.  All of these assassination acts, would meet the definition

of an act, perpetrated to intimidate Woodhouse, and these conflicted Parties, and

Alphabet Inc. are alleged to be the nexus of proximate cause, here, with the

funding of the contractors, organized crime grounds, and other entities.

Sixth, the U.S. Attorneys independently have met the threshold for witness

intimidation, despite having never actually conferred with Woodhouse, on any

matter.  The U.S. Attorneys acts of filing fake charges, allegedly doctoring

confessions, and harassing Woodhouse with slurs, while cohabitating with the

terrorist *Counsel Not of Record* are all that is requisite.  *Combs v. Rockwell Int'l*

*COMPLAINT* AND *REQUESTS*

28

*Corp.*, 927 F.2d 486, 488 (9th Cir. 1991)(doctoring discovery evidence sufficient conduct for default and punitive damages award).  None of the U.S. Attorneys have been employed by *Counsel Not of Record*, and a trip to the chair, is the only prize, for not having sufficient awareness to avoid living with Gibson Dunn, in a patently obvious collusive manner.  They are the proximate cause of this illegal obstruction act, as Woodhouse witnessed this conduct, via their respective noise trespass onto his Woodhouse's property.  Such bullying, could also be construed as torture, based on the sleep deprivation, deprivation of relations, and deprivation of the basic right to earn a living, this determination, however, is not required for satisfaction of the tort.  *Lolong v. Gonzalez*, 484 F.3d 1173 (9th Cir. 2007).

Moreover, Woodhouse warned Triple Conflicted, Alphabet Inc., and the U.S. Attorneys that it was witness intimidation and felonious for the Parties to have contact with Woodhouse's family Members.  *U.S. v. Brande*, 329 F. 3d 1173 (9th Cir. 2003).  Judges, here, routinely: emailed Woodhouse's father, made threats against his middle school aged niece from the hotel, traveled to his niece's private school to attempt to influence Woodhouse, and aggrandize the now stabbed in the head, Ms. Linsley, and engaged in human trafficking, in forcing his distantly related supermodel Danish niece, to perform sex acts for Judges, friends of the Judges, and other unknowns, in front of Woodhouse.  In fact, the genocide hotel's location was especially chosen, such that Woodhouse would be forced to watch his

niece, and her colleagues perform, in some kind of sexual torture ritual. *Decl. Mr. B. Woodhouse. S.B. 657. Miller v.* Such conduct rises to the level of an indecent act, which had the effect to intimidate Woodhouse, both, as a Woodhouse, and as opposing Counsel.

Her eventual death, here, was likely a result of the Judges covering up their acts of torture, and terrorism. If Chief Justice Roberts was behind the sexual torture, he should be summarily detained by the U.S. Government, and not just tried, under National Security provisions. It is also possible that he engaged in torture to cover up a Pepperdine Law professor's rape, as referenced above, regardless, the intent is not needed, to prosecute for acts of terrorism. *National Security Art. 7.*

As Ms. Linsley is deceased, it is of no consequence. One might posit that it was somewhat bizarre, considering she had speech impediments that surmounted to a serious disability, failed to write her name in State Court, while representing the Parties in the initial matters, and would eventually turn into a junkie, who vandalized private property, that Judges thought she was the pinnacle of our profession. Perhaps, Courts should focus less on placing candidates into Harvard, off of Judicial bribes. Woodhouse also alleges that it is possible that a Party has wagered on these events, and wagered on the ability to conduct genocide, sexual torture, and have Triple Conflicted Counsel plead historic felonies, and conflicts,

*COMPLAINT* AND *REQUESTS*

30

and still prevail, based on the complete lack of character in the 9th Circuit. Woodhouse does not know who these Parties are, who have such influence, but the circumstances and events, speak to some kind of red room like game, mocking the patent indecency of the 9th Circuit Justices.

Finally, Woodhouse concedes that it might not have standing, in the alleged killing of the infant by *Counsel Not of Record*, and the witnessing of Alphabet Inc.'s Counsel brazenly, bizarrely, and perhaps in mental illness, carrying the utilized sink from the hotel into the Cliffs hotel parking lot, in Pismo Beach, California. *Decl. Mr. B. Woodhouse*. This act, certainly curiously mirrors the smashing of glass exhibition cases, and vandalization of the gift store by Ms. Linsley, who might now be deceased, Triple Conflicted Counsel has yet to confirm her status. Certainly, Triple Conflicted Counsel's *Briefs* would be invalid, if she jointly filed them from the grave, as legal filings can only be filed by living beings. *Federal Rules of Appellate Procedure*.

Nonetheless, Woodhouse believes that Court should take the perpetration, and killing of an infant, while in the representation of these conflicted trillion dollar companies, and Alphabet Inc., to be a violation of the *U.N. Genocide Convention Article*, and to be further evidence of a preponderance for engagement in the witness intimidation acts attested to. *Federal Rules of Evidence 403*. Woodhouse would like to Court to recognize that it did not have any opportunity to

*COMPLAINT* AND *REQUESTS*

31

intervene in the murder of the infant, and find's this completely abject moral behavior, to grossly overshadow, other discussed torts, such as embezzlement of Woodhouse's companies by these conflicted trillion dollar Parties, and Alphabet Inc., doctoring of State Records feloniously, impersonated Counsel, and impersonated depositions, in addition to the U.S. Government's negligence in failing to make response of any kind.  This suit is not one about "bro culture," it is about total loss of U.S. Leadership, the end of a profession, and proliferation of terrorism, conducted by trillion dollar entities, as a result of failures in corporate, and public education.  For me, the belief that the Parties would plead the most felonies and conflicts in U.S. history, and commit genocide in patent collusion with the U.S. Attorneys, and then would just waltz off into the sunshine without paying restitution, is difficult to fathom, and when the remediation starts, I do not think anyone will be able to laugh again.

## II.   TAKINGS OF CUSTOMER ORDERS AND COMPANIES IN VIOLATION OF THE TORT OF FRAUD AND TORTIOUS TAKINGS

The tort of fraud is found for any act that intentionally misrepresents a fact, which induces a Party to act to the detriment of another.  *Hanon v. Dataproducts Corp. Inc*., 976 F.2d 497 (9th Cir. 1992)(material misrepresentation of corporate

facts did not satisfy disclosure requirements).  *See S.E.C. v. Todd*, 642 F.3d 1207

(9th Cir. 2011).  Moreover, *Rule 9(b)* pleading requirements are satisfied even if

the acts is not specifically alleged, but simply patently based, in either, fraud, or, a

schemata of fraud.  *Darling v. Spaou*, 411 F.3d 1006 (9th Cir. 2005).  A single

transaction need not be delineated and cited to, in order for a Complaint to

proceed.  *Cooper v. Pickett*, 122 F.3d 1186 (9th Cir. 1997).  Lastly, legal

impossibility is not a defense to the torts involving economic espionage.  *U.S. v.

Kai-Lo Su*, 155 F.3d 189 (3d Cir. 1998).  Also, a claim becomes ripe, once notice

is provided.  *McMillan v. Goleta Water Dist.* , 792 F.2d 1453, 1455, 1457 (9th Cir.

1986).  Woodhouse, here, provided notice, via email to, both, the U.S. Attorneys,

the Triple Conflicted Counsel, and Alphabet Inc.'s Counsel.  *Decl. Mr. B.

Woodhouse*.

Further, the fraud need not be intended by the Party to deceive, only to be

the causation element of reliance to detriment.  *Hernandez-Robledo v. I.N.S.*, 777

F.2d 536 (9th Cir. 1985).  Lastly, negligent reliance can give rise to a claim, there

is no specific requirement for the Plaintiff to exercise diligence in investigating the

fraudulent conduct.  *See Van Meter v. Bent Constr. Co*., 46 Cal.2d 588, 595, 297

P.2d 644 (Cal. 1956).  Moreover, even Economic Scholars, and non-Legal

commentators have recognized that processes, which eradicate fair due process in

private bargaining, can be, either, inefficient, or, cause asymmetric information

*COMPLAINT* AND *REQUESTS*

exchanges. *Cf. William Samuelson, A Comment on the Coase Theorem, in Game Theorem models of Bargaining 321, 331-35. Cf.* is the signal for compare, not a typo, do not let Triple Conflicted Counsel confuse the Clerks, we can all continue to learn collectively if we read the clues in my filings.

The District Court has found fraud, in similar instances, where Parties either, withheld, or, stole records, in bids on contractual negotiations. *U.S. v. Lemire*, 720 F.2d 1327 (D.C. Cir. 1983). *Buffalo Teachers Federation v. Tobe*, 464 F.3d 362 (2d Cir. 2006). This case, here, is analogous, as it involves the Parties, taking electronic emails, in order to interfere with Woodouse's Customers, similar to the interference with Raytheon contracts, in *Lemire.* Finally, it should be noted that the time and location is plead, as Woodhouse pleads that it was felonious entry into his email accounts, and computer systems, with the systems being located in California and St. Thomas, and the encrypted email server in Switzerland. The time consists of the 24 months period, during litigation, and the record stealing was perpetual, with prospective Customers, here, being contacted by contractors, before Woodhouse could even response to inquiries.

Additionally, the Supreme Court, has also stated the rule that any taking from the U.S. government, constitutes compensation, the taking does not have to be, either, permanent, or, consistent. *Arkansas Game and Fish Commission v. U.S.*, 568 U.S. 23 (2012). Compensation has also been decreed, to commensurate

*COMPLAINT* AND *REQUESTS*

with the full potential of the asset taken.  *Brown v. Legal Foundation of Washington*, 538 U.S. 216 (2003).  Further, co-conspirators are held, both, jointly, and severally liable.  *Oki Semiconductor v. Wells Fargo Bank Nat'l Assn.*, 298 F.3d 768 (9th Cir. 2002)(armed Japanese American terrorists robbing semiconductor chips from factory in Oregon).  Judges, and Executives, who compensate these Japanese American terrorists for bribing the Court, and intimidating witnesses, should be included in this "removal of dirty miscreants movement."  *U.S. v. DeFries*, 129 F.3d 1293 (D.C. Cir. 1997)(officials salaries forfeited for tampering).  The damages, here, could come close to a trillion dollar, when considering the market cap potential of Woodhouse's companies, and factoring in the market capitalizations of the conflicted Parties, and Alphabet Inc.

In this matter, Woodhouse initially complained to the District Court of interference with Customers, via felonious entry into his email, and Alphabet Inc., and Triple Conflicted Counsel were not able to deny the allegation, yet the District Court, failed to order discovery, and instead cited to Triple Conflicted Counsel's plead felony as the driving purpose for this dismissal.  *Woodhouse's Complaint in 2:21-cv-06727.*  Now, this conduct has evolved into 9th Circuit Judges illegally assigning assets randomly, in coercion schemes, here, and *Counsel Not of Record* committing fraud, in stealing *Orders*, in grotesque demonstrations of avarice, and iniquities.  Moreover, after not being, either, restrained by the Court, or, ordered to

*COMPLAINT* AND *REQUESTS*

35

pay restitution, the Triple Conflicted Parties, Alphabet Inc., and Judicial officers cohabitating with them in the genocide hotel, in Pismo Beach, CA., here, commenced stealing Customer Orders from Woodhouse and Havensight Capital, contacting existing and prospective Customers, feloniously representing that the Conflicted Parties owned the companies, either, without any perfected judgments, or, judgments against Havensight Capital, and even more bizarrely started falsely imprisoning Havensight's Customers, in the genocide hotel.   *Loretto v. Teleprompter Manhattan CATV Corp.*, 153, 458 U.S. 419 (1982).  *See Hyundai Motor A. v. Natl. Union Fire*, 600 F.3d 1092 (9th Cir. 2010).

Woodhouse was made aware of this fraud, in actually witnessing the imprisonment, overhearing the interaction with Customers, and even having random felonious participation on conference calls by *Counsel Not of Record*, via yelling across the street, while speaking on the phone with Customers. *See Van Patten v. Vertical Fitness Group L.L.C.* 847 F.3d 1037 (9th Cir. 2017).  *Decl. Mr. B. Woodhouse*.  Woodhouse even overhead the Judges stating that they would just sign documents, assigning the companies to Woodhouse, and there was nothing that Woodhouse could do about it.  Judges are only able to order financial monetary judgments, and injunctive relief, in select cases, there is no legal authority for Judges to award anything other than these two types of restitution.  In fact, the practice of dispute resolution, which Woodhouse has a Certificate in from

*COMPLAINT* AND *REQUESTS*

36

the Straus Institute, is entirely predicated on this fact, and empowering Parties to find other forms of restitution, external to the Courts. *Miranda B. v. Kitzhaber*, 328 F.3d 1181 (9th Cir. 2003).

If it is found that settlement payment from the Clients, were also embezzled, then these acts, would also constitute, both, a public and private taking, and Fraud. The U.S. Attorneys were charged with separating Judges and Triple Conflicted Counsel, and Alphabet Inc. Counsel, they should have stopped the tortious takings of settlement payments, here, in addition. The Customer Orders takings are witnessed, discovery is needed to understand more how the settlement payment from the Clients were embezzled. *Decl. Mr. B. Woodhouse.* Public Policy might require more regulation, on how these payments are escrowed into the future.

If this already stated, conduct, was not sufficient to rise to the level of corporate takings by Fraud committed by the U.S. Government, Triple Conflicted Trillion Dollar Parties, and Alphabet Inc., the Judges and *Counsel Not of Record*, also proceeded to imprison the Chinese Ambassador to the United States. This deplorable action also materially interfered with Woodhouse's Havensight Capital L.L.C. This imprisonment in the genocide hotel, served no purpose, and there was no discovery at that point, ordered by any Judge, to warrant, either, the deposition taking, or, imprisonment of the Chinese Ambassador. *Martinez v. City of Los*

*COMPLAINT* AND *REQUESTS*

37

*Angeles*, 141 F.3d 1373 (9th Cir. 1998)(U.S. Attorneys and Judges can be liable for false imprisonment).  *See Snow-Erlin* v. U.S., 470 F.3d 804 (9th Cir. 2006).

Further, this was an act, here, it involved the use of deceit to imprison and improperly depose the Chinese Ambassador, and the reliance on this fraud, caused business damages to Woodhouse, via lost sales.  *Hannon v.  Sparlou v.*  The conflicted Parties, Judges, and Alphabet Inc. were the proximate cause as the Chinese Ambassador was inhibited and bizarrely interrogated, on communication from these Parties, since they were already acting in concert, and colluding, it is not necessary for Woodhouse to plead the actual actor, which made the actual material fraudulent misrepresentation to the Chinese Ambassador.  Thus, scienter for private fraud takings, and Government takings are found, in each and all acts of stealing Orders, and interfering with Customers.

Additionally, such conduct: embarrassed Woodhouse, cost him valuable sales of basketball sneakers to the People's Republic of China, and generally demonstrated a complete lack of respect for legal ethics of any kind by the Judges, conflicted Parties, and Alphabet Inc.  *Decl. Mr. B. Woodhouse*.  Triple Conflicted Counsel, and the U.S. Attorneys never conferred at the Appellate level, if they had, Woodhouse would have repeated written warnings, on this conduct.  Rather, such indecent acts simply illustrate some kind of special belief that this *Counsel Not of Record*, who eventually became an enemy combatant, and committed genocide in

*COMPLAINT* AND *REQUESTS*

38

the Pismo Beach, CA. hotel, is some kind of special demonic dictator, who is above the law, no matter what degree the crimes committed are.  Such acts of tyranny are banned by the due process of the *U.S. Constitution*.

### III.   IMPERSONATION OF COUNSEL AND MISREPRESENTATIONS OF RESOLUTIONS TO THE APPELLATE COURT IN VIOLATION OF THE TORT OF FRAUD

Woodhouse also alleges that he was tampered with as a witness, and that the Conflicted Parties, and Alphabet Inc. engaged in alleged *Fraud*, and *Civil R.I.C.O.,* as the act of impersonation of Counsel, and misrepresentations of resolutions, constitutes racketeering.  *18 U.S.C. Section 1030*.  *U.S. v. Kwan*, 03-50315oa (9th Cir. 2005).  Further, they also can be construed as acts of dishonesty, which patently cause reliance to the detriment of another Party, and elevated Courts have recognized it, as a violation of the Fraud tort.  *Veloz-Luvevano v. Lynch*, 799 F.3d 1308 (10th Cir. 2015).  *U.S. v. Bakhtiari*, 913 F.2d 1053 (2d Cir. 1990).  Even lesser acts, such as just impersonating emails, and not sending imposters to show up in person, have also been found to be felonious and sufficient to satisfy the tort of fraud.  *Golb v. Attorney General of State*, 870 F.3d 89 (2d Cir. 2017).

*COMPLAINT* AND *REQUESTS*

Triple Conflicted Counsel prevailed with sanctions, in matter *2:22-cv-00079*, despite having entered emails to the Court Clerk, in addition to settlement offers feloniously, thus it is known that the conflicted Parties, and Alphabet Inc. routinely had improper contacts with the Court and Appellate Court.  This practice is improper, and causes many complex situations for economically weaker Parties, which are punished conversely for any contact with the Courts.  Woodhouse had no contact, other than proper filings, with the District, and Appellate Court in these matters.  *Decl. Mr. B. Woodhouse*.

Further, this unabated practice commenced with an alleged French foreign agent masquerading, as Woodhouse's Counsel at the District level, at Triple Conflicted Counsel's request.  Next, at the Appellate level, an Asian American Women, who is still unknown to Woodhouse, and an Indian American gentleman, also, whose name is unknown to Woodhouse, would also pose as Woodhouse's Counsel, and negotiate fallacious resolutions with Gibson Dunn, inside the genocide hotel.  Triple Conflicted Counsel had already been warned about such practices in correspondences, and the U.S. Attorneys in over fifty written correspondences.  Woodhouse stated he was the only *Counsel of Record*, and he also communicated that he would not enter the genocide hotel for any reason, as it contained dangerous firearms, and *Counsel Not of Record*, was conducting impromptu death trials for reasons unknown.

*COMPLAINT* AND *REQUESTS*

40

Moreover, it is also made limited sense, this practice, as fallacious settlements with imposters, would have been more clandestine in Gibson Dunn's own offices, why it was allegedly paying bribes to Judges, and making noise trespasses consistently, about misrepresenting resolutions with imposter Counsels, seem to be all of the following: irrational, unethical, and very non crafty. Woodhouse also believes that the failure for the U.S. Attorneys, *Counsel Not of Record*, and Triple Conflicted Counsel to disentangle, quite literally, and geographically, created an environment of enablement for collusion, which set of the genocide events witnessed, and this felonious impersonation of Counsel, and felonious misrepresentations.  Further, Skadden Arps is not a named Defendant, here, but they are also believed to have, either, interfered with these matters, or, participated in this impersonation of Counsel schemata, will be added as Defendants, in the discovery period.  *Decl. Mr. B. Woodhouse*.

The acts of holding meetings, with impersonators, hiring impersonators, and having improper contacts with the District, and Appellate Court, meet the elements of racketeering, as it is a collusive act, intended to subjugate Woodhouse, and his companies.  Further, the Parties, here, are the U.S. Government, and publicly traded trillion dollars companies, thus they are enterprises.  Finally, they are the proximate cause of the racketeering, as Woodhouse witnessed them, engaging in

*COMPLAINT* AND *REQUESTS*

41

the felonious impersonations, and in boasting about such illegal conduct from the genocide hotel.   *Niebel v. Trans World*, 108 F.3d 1123 (9th Cir. 1997).

Additionally, these witnessed to facts, also, satisfy the requirements of Fraud.  As an act, misrepresenting representation feloniously, is dishonest, and causes reliance from the Courts, these conflicted Parties, and Alphabet Inc., are also the proximate cause, via Woodhouse's attestation to these acts.  *Hannon v. Sparlou v*.  Moreover, the continued obstruction of the production of the binders of depositions of impersonators, which Triple Conflicted Counsel, provided to the District Court, but then lied about their existence to the 9th Circuit, makes it more likely than not, that the Triple Conflicted Parties, and Alphabet Inc. engage in this conduct.  *Combs v*.  There is also historical precedent for Ms. Clinton paying dirty bribes, and interfering as an additional *Counsel Not of Record* and crooked consultant.  She was declared a "shill" for organized criminals, as in this case, on tampering with witnesses previously.   *Flowers v. Carville*,  310 F.3d 1118 (9th Cir. 2002).  Perhaps, she allegedly had proverbially a hand in the till, when bribing the Japanese American terrorists, not just Ms. Sandberg, and Meta Platform Leadership?  Thus, the tort of fraud should be found, and it is within the interest of public policy for bloated Law Firms to be enjoined from felonious impersonations, as such impersonations killed Woodhouse's Rhode Scholar Colleague.

*COMPLAINT* AND *REQUESTS*

## IV.  INTENTION INFLICTION OF EMOTIONAL DISTRESS

The tort of intentional infliction of emotional distress, required a Defendant to commit an extreme and outrageous act, either, intentionally, or, recklessly, be the proximate cause, and cause actual distress.  *English v. General Elec. Co.*, 496 U.S. 72 (1990).  *Bender v. City of New York*, 78 F.3d 787 (2d Cir. 1996).  Further, either, a special relationship between Parties, or, fiduciary duty, such as a Judge's to Counsels etc. can be considered for determining whether an act is extreme and outrageous.  *Hubbard v. Allied Van Lines, Inc*., 540 F.2d 1224, 1230 (4th Cir. 1976).  Finally, the 9th Circuit has held that even embarrassing conduct, can be grounds for this tort.  *Tellez v. Pacific Gas and Electric Company*, 817 F.2d 536 (9th Cir. 1987)(defaming publishment of letter about individual purchasing cocaine sufficient for I.I.E.D. claim).

First, it is alleged that the Triple Conflicted Parties, Alphabet Inc., and the U.S. Government are responsible, here, for doctoring State Court Records, to make Woodhouse a convict, when he is an upstanding Member of the California Bar, and also a service award winner, who have never been convicted of any non traffic related offense.  This conduct, here, is directly analogous to the publishing of a letter, accusing someone of purchasing cocaine, and Tellez is directly on point. The conflicted Parties, Alphabet Inc., and the U.S. Government, are alleged to be the proximate cause of this conduct, and Woodhouse has been mortified by the

doctored record, such that he has physical ailments, including extreme stomach pain, sickness, shortness of breath, and sleep deprivation.   *Decl. Mr. B. Woodhouse*.  Further, acts of excessive force from the U.S. Government have been found to be sufficient to constitute excessive force.   *Harris v. U.S. Dept. of Homeland Affairs*, 776 F.3d 907 (D.C. Cir. 2015)(excessive force constituted the tort of I.I.E.D.).

Second, Woodhouse has suffered extreme distress, actual sickness and sleep deprivation, as a result of verbal harassment from Gibson Dunn *Counsel Not of Record*, U.S. Attorneys, and Judges from the genocide hotel across the street. These slurs and epitaphs come at all hours of the night, usually between two and four in the morning, as the Parties, while cohabitating liked to sleep during day while Woodhouse was busy working.  Further, the Judges and U.S. Attorneys had a fiduciary duty to Woodhouse, to not engage in conduct, which causes physical harm, and emotional distress.  *Hubbard v*.  Such wanton respect for the sanctity of life, in this matter, warrants a Jury, deciding on this tort.

Third, Woodhouse contends that having to witness: a Wilson Sonsini *Counsel Not of Record*, and 9th Circuit Judge being burned, over hundred people executed in impromptu death trials by Gibson Dunn *Counsel Not of Record*, watching his niece perform sex acts for Judges and his friends, at the order of the Judges, and the Yakuza and Dutch contractor military onslaughts onto

*COMPLAINT* AND *REQUESTS*

44

Woodhouse's property, are all extreme and outrageous acts by any Party's definition. *English v.* These acts are historically evil, and violate any *Model Rules of Attorney Conduct* ever written. Further, if these Parties are not found liable, it also opens the door to mass executions on all matters, and the ending of our legal profession.

Moreover, the Triple Conflicted Parties, Alphabet Inc., and the U.S. Government, were the proximate cause, in participating, funding, and negligently ignoring these patent criminal acts. Finally, it is undoubted that Woodhouse suffered actual harm, as these acts, caused severe mental distress, sleep deprivation, shortness of breath, violent panic attacks, irregular heartbeats, severe weight gain, convulsions, and general physical depression. Woodhouse, also, was unable to engage in relations, as a result of violent night invasions, defamation from: Judges, U.S. Attorneys, and Counsels of his heterosexual orientation, lost income from Customer Orders, and constant physical discomfort. *Decl. Mr. B. Woodhouse.* Thus, Woodhouse not only sufficiently plead for this tort, this case could be the absolute historical apex of outrageous conduct to satisfy the tort of I.I.E.D.

## V.    VIOLATION OF PRIVACY RIGHTS VIA USE OF FACIAL RECOGNITION TECHNOLOGY.  WOODHOUSE AND

*COMPLAINT* AND *REQUESTS*

**HAVENSIGHT HAVE OPTED OUT OF THE CLASS**

**ACTION SETTLEMENT**

Furthermore, the Federal Courts have deemed Facebook's facial recognition technology, to invade Woodhouse's privacy rights.  Specifically, the Court decreed that the implementation of a face template using facial recognition desecrates an individual's privacy and concrete interests."  *Patel et al.*  Woodhouse, here, used Facebook during the class action period, as a Customer.  *See Davis v. Facebook Inc.*, 956 F.3d 589 (9th Cir. 2020).  Woodhouse, here, has submitted an opt out to the class action settlement, once notified about the class action.  *Decl. Mr. B. Woodhouse*.

Thus, Facebook Inc., here, must answer in this Federal Court for its civil rights violations, and a jury should determine what compensatory and punitive damages should be.  The Court cannot dismiss this suit, after the 9th Circuit has already found this practice to be a civil rights violation, and to prejudice Woodhouse, against recovery, which similarly situated Customers have been awarded, would simply be further evidence of Constitutional due process violations by the Court.  Finally, the Court, here, can also separately, and additionally add compensatory and punitive damages for these privacy violations under *California Business and Professions Code Section 17000*.

*COMPLAINT* AND *REQUESTS*

46

Moreover, Woodhouse also alleges that Federal Judges used, either, military technology, or, other technologies to watch Woodhouse, in the privacy of his bedroom and bathroom, with Federal Judges, illegally situated, making comments, which Woodhouse could hear, while he showered. *Cramer v. Consolidated Freightways Inc*., 255 F.3d 683 (9th Cir. 2001). Woodhouse also frequently heard Gibson Dunn *Counsel Not Of Record*, responding to movements, and actions, within Woodhouse's bedroom, here, such as examining documents, searching for items, and arranging objects. As some of these acts were silent, it suggested that Gibson Dunn *Counsel Not of Record*, had access to videos surveillance of Woodhouse's room. Judges did not have a warrant for such surveillance, and making accusations against Woodhouse, are not sufficient for such surveillance programs to be created. The Space Force, and U.S. Army should confer, on whether such surveillance existed within the hotel.

Woodhouse is unsure, if Meta Platforms, Nike Inc., and Alphabet Inc., were complicit in, either, this practice, or, funded this spying on Woodhouse, but could be liable for failing to report it. Besides, being incredibly disgusting and sick, and mirroring the sexual torture of Woodhouse's distantly related niece, this practice also jeopardized Woodhouse's safety, and compromised his ability to defend himself against foreign agents, and other assassination attempts from the conflicted Parties, and Alphabet Inc. *Cramer v. United States*, 847 F.3d 1037 (9th Cir.

*COMPLAINT* AND *REQUESTS*

47

2017).  As the Federal Judges security clearances do not supersede that of Woodhouse's, they should be tried for treason, if it is found, in discovery that the cameras in Woodhouse's bedroom and bathroom, were utilized to allow for foreign hits, and the destabilization of U.S. National Security interests.  Finally, such a practice is trespass, and replicates, similar facial recognition crimes, which Facebook Inc. has already found to be guilty of.

## VI.   ACT OF TREASON IN HACKING GOVERNMENT SYSTEMS AND DOCTORING STATE COURT RECORDS IN ADDITION TO HAVENSIGHT CAPITAL'S COMPUTER SYSTEMS

Under the law, it is a punishable crime, a violation of the *Civil R.I.C.O. Statute*, and treason against the State, for a private Company to illegally hack the system, of, either, the U.S. Government, or, another private Company.  It is not necessary for data to be, either, stolen, or, doctored, but, here, data was.  *18 U.S.C. Section 1030*.  *D.S.P.T. Inc. v. Nahum*, 624 F. 3d 1213 (9th Cir. 2010).   *U.S. v. Mett*, 178 F.3d 1058 (9th Cir. 1999).  In the facts alleged, the conflicted Parties, and Alphabet Inc., here, have breached both types of systems, stolen data, and used stolen data: to improperly access Customers, change Woodhouse's Government records, and embezzle assets.  *Center for Nat. Sec. Studies v. Dept. of Justice*, 331

*COMPLAINT* AND *REQUESTS*

48

F.3d 918 (D.C. Cir. 2003).  There is precedence to default Parties for such

felonious conduct.  *Combs v.  Richmark Corp. v. Timber Falling Consultants*, 959

F.2d 1468, 1475 (9th Cir. 1992)(electronic taking grounds for default).  Even the

most liberal interpretation of the felonious conduct, requires restitution for victims.

*U.S. v. Johnson*, 297 F.3d 845 (9th Cir. 2002)(restitution required for mail fraud

victims).  Additionally, and on point, the Appellate Court in the District of

Columbia has found the withholding of documents, records, and evidence, in

connection to alleged genocide to be actionable in itself.  *Krikorian v. Department

of State*, 984 F.2d 461 (D.C. Cir. 1993).

Moreover, this is not the first time that Nike Inc. has been caught engaging

in dirty acts of doctoring evidence, in fact, in this very Federal Court, it was found

to have conspired with the Yakuza, to doctor custom documents in order to

unfairly gain from the plight of U.S. manufacturers.  *Nike, Inc. v. Rubber Mfrs.

Ass'n, Inc.*, 509 F. Supp. 912 (S.D.N.Y. 1981).  Nike Inc., here, is attempting to

scuttle Woodhouse, and his Havensight Capital's St. Thomas F.c. global sports

brand by engaging in: fraudulent practices, coercing Courts, and even being

responsible under agent liability for the burning to death of the 9th Circuit Judge by

*Gibson Dunn Counsel Not of Record*, and the Chairman of Wilson Sonsini.  While

Woodhouse, here, alleges that it was Ms. Sandberg and Meta Platforms Inc., which

paid the Yakuza close to $50MM U.S. for assassination attempts on Woodhouse, it

*COMPLAINT* AND *REQUESTS*

49

is more likely than not that Nike Inc., has direct knowledge of this criminal act, as it has engaged in similar behavior in the past.

It is, also, alleged but patently true, here, that the Triple Conflicted Parties, and Alphabet Inc., here, routinely entered Havensight and Woodhouse's emails, and computer systems, in order to run down Woodhouse's Customers.  Woodhouse never provided these Parties with a Customer List, and prospective Customers were run down on a real time basis.  Woodhouse alleges interference with Customers at: Good Oil Company, in Indiana, Bunzl distribution, and Khawar Sons, just to name a few.  All of these Customers experienced some kind of harassment either, over the phone, or, in person.  It is even alleged that these demonic prats, went down to Belize, in order to interfere with the Belize Football Federation, and steal an order of St. Thomas F.c. soccer shoes, when there was no legal basis for such interference.

Moreover, notwithstanding the fact that Triple Conflicted Counsel, and Alphabet Inc. frequently entered Woodhouse's email, such that they even referenced, bills, orders, and attorney work product, in their noise trespasses from the genocide hotel. *Decl. Mr. B. Woodhouse*.  There is actual evidence from Customers: being interfered with on a daily basis, Customers being imprisoned in the genocide hotel, and Woodhouse overhearing the conflicted Parties, and Alphabet Inc. declaring ownership of the companies to the Customers.  Such

*COMPLAINT* AND *REQUESTS*

50

dishonest declarations came with no perfected judgments in place, and there having been no judgments against Havensight Capital L.L.C. up to present. *Court Record*. Woodhouse, and Havensight Capital L.L.C. also routinely warned the conflicted Parties, and Alphabet Inc., via numerous written correspondences, which can be produced at the Court's request, about interfering with Customers and making fraudulent representations about ownership.

Moreover, if any Judges had illegally conveyed to these Parties that they had ownership, it should have been disclosed to Woodhouse and Havensight, via conferral. Woodhouse could have then assisted the misguided Judges on how takings work, and avoided having to accuse these Judges of embezzlement. *Decl. Mr. B. Woodhouse*. Additionally, if Judges had not been cohabitating in the genocide hotel, and feeling economic pressure to create funds for ladies of the night, hotel bills, and other items, as their meals were paid for by Alphabet Inc., and the Triple Conflicted companies, it might have occurred to them that taking private assets, was not a clever idea.

The Statute, *18 U.S.C. 1964* states that "The RICO statute prohibits four types of activities: (1) investing in, (2) acquiring, or (3) conducting or participating in an enterprise with income derived from a pattern of racketeering activity or collection of an unlawful debt, or (4) conspiring to commit any of the first three types of activity. Moreover, the Defendants must be the proximate cause of such

*COMPLAINT* AND *REQUESTS*

51

harm." In this matter, here, the elements are precisely met, the entities are enterprises by definition, as they are large publicly traded companies, injecting billions of dollars worth of goods into the economy. Further, they are working together racketeering, here, as the conflicted Parties, and Alphabet Inc., communicated in a racketeering pattern, fraudulent conveyances to prospective and existing Customers of Havensight Capital, including but not limited to, warranting ownership of the companies, stealing of Customer Orders, in which Woodhouse overheard the conflicted Parties, and Alphabet Inc. boasting about stealing orders, after Woodhouse had taken calls with Clients.   These are not alleged torts, Woodhouse is a material witness to the actual takings, in overhearing the boasting, conversations with falsely imprisoned Customers, and in the communication of lost orders, after shipping samples, and engaging in dialogues. *Decl. B. Woodhouse.*

Additionally, it steps into the realm of treason, in addition to Civil R.I.C.O. racketeering violations when the Parties entered Government systems to doctored Woodhouse's records. *Cramer v. U.S.* Such behavior undermines the U.S. Government, and could be viewed as a means to subterfuge the Government as a whole. It is already alleged that Triple Conflicted Counsel used a French foreign agent to pretend to be Woodhouse's Counsel at the District Court level, it is possible that doctoring Woodhouse's record, is within a schemata for the trillion

dollar companies to control all Government records, and punish any who challenge their economic prowess and authority.

Moreover, Woodhouse has standing to challenge the treason against the United States, as it is accomplished via the doctoring of his personal records, and in a mode that affects his legal rights.  Communication and data privacy has also been recognized to have a physical and spatial quantity by the Supreme Court, and not just be an amorphous concept.  *U.S. v. Katz*, 389 U.S. 347 (1967)(expectation of privacy in public telephone booth).  Whether the cohabitation and collusion of the Judges, U.S. Attorneys, Counsels *Not of Record*, and Conflicted Counsels of Record, should be construed as treason, potentially could be a question for the Executive Office, but undoubtedly, the conflicted Parties, Alphabet Inc., and the U.S. Government, at the very least, should be liable for restitution for defaming Woodhouse, influencing the initial matters feloniously, and generally showing a malaise to basic legal decency.

Finally, Woodhouse also contends that the binders of imposters, which Triple Conflicted Counsel provided to the District Court, but never provided to Woodhouse, and which killed his Rhode Scholar colleague, demonstrate a schema of stealing information, and impersonating important actors by the Defendants. Such an act is obstructive, and could be viewed as a Civil R.I.C.O. violation, as it is a pattern of racketeering between the Parties, they are the proximate cause, and

*COMPLAINT* AND *REQUESTS*

53

as aforementioned, they are enterprises.  While it is true the District Court pre-maturely removed them, and awarding sanctions on their felonious contacts with the Court Clerk, as the California Bar can testify to the production of the binders, and Triple Conflicted Counsel committed perjury in the 9th Circuit Brief, this matter should also be examined in discovery, as it is connected to a schemata of this behavior.  *Court Record 2:22-cv-00079.  18 U.S.C. Section 1030.  Combs v.* This pattern of obstructive behavior, felonious misrepresentations, trespass and entry into private computer systems, speaks to an over arching vortex of acts, surmountable to treason, these acts affect Woodhouse's business and legal rights, and on a more global level, there might be a storm brewing, between the U.S. Government, and these companies, which are becoming more military proficient and tactical that the U.S. Senate does not understand.  Perhaps, calling Executives to enjoy camera time, lob soft balls, and talk about nonsensical and esoteric new products is not the answer.  Perhaps, the U.S. Senate Leaders, conversely, should consider, instead, telling everyone at the Companies "to get the fuck down," take their respective computer systems, and allow the Companies to resolve, once they have been demilitarized.  Nonetheless, the stealing of private data for takings, embezzlement and harassment, needs to be addressed, and restitution needs to be ordered.

*COMPLAINT* AND *REQUESTS*

## VII.  *REQUEST FOR A PROTECTIVE ORDER*

Woodhouse requests from the Court a *Protective Order*, which not only provides protection during the litigation for Woodhouse, against organized criminal groups, which the Defendants have paid for assassinations, as aforementioned, but more importantly enjoins all Judges, U.S. Attorneys, Counsels of Record, and *Counsels Not of Record* from the genocide hotel, in Pismo Beach, CA. and all hotels, within a 15 mile radius of the property of Woodhouse's family. *Farnsworth v. Proctor and Gamble*, 758 F.2d 1545 (11th Cir. 1985).  Yakuza are basing, armed machine attacks onto the property of Woodhouse's family from this hotel, *Counsel Not of Record* has been listening in, and using the location to spy on Woodhouse's business operations and legal attorney work product creation, in addition to committing witnesses acts of genocide.  *Decl. Mr. B. Woodhouse*. *Convention on the Prevention and Punishment of the Crime of Genocide, Dec. 9 1948*.  It is critical to the safety, and Woodhouse, and in the interest of fairness that U.S. Marshals, remove these individuals from the genocide hotel, as this matter is adjudicated.  The Court must use a weight of factors test, to determine whether there is good cause for the granting of such *Motion*.

Moreover, there is legal precedent for the Courts to provide legal protection, even just for protection of attorney work product, and notwithstanding the onslaught of contractor, and organized criminal attacks that Woodhouse is taking,

*COMPLAINT* AND *REQUESTS*

on a nightly basis. *Phillips v. General Motors*, 289 F.3d 1117 (9th Cir. 2002).

Woodhouse also believes that the weighing of factors test is met, here, as it is

alleged that the Defendants, in addition have also caused serious sleep deprivation,

in its attacks on Woodhouse, which should be considered to be undue and

unnecessary bodily harm. *Decl. B. Woodhouse*. While Woodhouse works day and

night to operate his small businesses, terrorist *Counsel Not of Record*, and Judges

take sojourns during the day and then wake up at 2 a.m. p.s.t. to start chanting

slurs, and boasting about impersonation of Counsel.

Furthermore, the *Request for a Protection Order* should be narrowly tailored

to make this restriction, which is not overly burdensome as there are literally

thousands of other hotels in Santa Barbara, and San Luis Obispo counties, and it is

likely that Woodhouse will breach the hotel himself, if sleep deprivation continues,

and more of his business calls, are interrupted by slurs from *Counsel Not of

Record*, and U.S. Attorneys. Woodhouse conferred with Triple Conflicted

Counsel, Alphabet Inc.'s Counsel, and the U.S. Attorneys on this filing. Finally,

Woodhouse has many Japanese American friends, and colleagues, including fellow

Members of the California Bar. He is frightened that more terrorist behavior from

these organized criminal groups, will lead to genocide in the wrong direction, and

the desecration of important civil rights, in essence, the Court, needs to help these

Companies with preservation of life now, not encourage them with their attempts

*COMPLAINT* AND *REQUESTS*

56

to bill for historic felonies, conflicts, red flagged cases, and genocide.  I hereby, declare, all facts and statements in this *Request* are true to the best of my knowledge.

Moreover, if the District Court fails to enforce the genocide and terrorist invasions, counter terrorist intervention will have to be deferred to.  The 9th Circuit has already demonstrated it has no volition, and this is even when Parties burn to death their own, and plead historic felonies, conflicts, and red flagged cases.  Thus, this Court must demonstrate that it can stop a path to Constitutional Controversies, and protect due process, by demonstrating that it enforce basic procedural and rulings, when bloated Law Firms, become terrorist entities.

## VIII.  *REQUEST FOR CONTEMPT ORDER AGAINST THE U.S. GOVERNMENT IN ORDER TO COMPEL THE VIDEOS OF GENOCIDE*

Woodhouse brings a *Request* for contempt against the U.S. Government, in general, and also more specifically against the U.S. Space Force, and United States Army, to compel the production of the videos of *Counsel Not of Record*, engaging in genocide, via impromptu death trials, and for the burning alive of the Wilson Sonsini *Counsel Not of Record*, and of a 9th Circuit Judge, who was of cultural significance to the Caribbean, where Woodhouse comes from.   *Michaelson v.*

*COMPLAINT* AND *REQUESTS*

57

*United States*, 266 U.S. 42, 65 (1924).  The acts of genocide videos should be directly provided to the District Court, the U.S. Senate, and the Solicitor General's Office, it should not be provided to Woodhouse indirectly for submission.  That said, even if the Court does not grant the *Request*, Woodhouse intends to find a private source of production, and enter the videos into evidence, before Triple Conflicted Counsel can make an affirmative defensive filing, which based on the fact that he has knowledge of these events, will be perjurious in its own right.  Woodhouse is also aware of an imposter of the burned alive Judge, who is not a good replicant, wandering around the genocide hotel in recent weeks, this will not help Triple Conflicted Counsel, either, as the videos can be authenticated.  *Federal Rules of Evidence 403*.

The Ninth Circuit has held in anti-trust matters, civil orders of contempt, are necessary filings, in order to allow Plaintiffs to have access to substantive evidence.  *United States v. Falstaff Brewing Corp.*, 410 U.S. 526 (1973).  *See Barrientos v. Wells Fargo*, 633 F.3d 1186 (9th Cir. 2011).  Intent is also not required, here, for the District Court to make such a ruling, only the interest in justice of production of the evidence.  *McComb v. Jacksonville Paper Company*, 336 U.S. 187 (1949).  This proposed Order should be narrowly construed, no either, adverse action, or, direct liability, is attributed, either, to the U.S. Army, or, U.S. Space Force.  We expect these Agencies and part of the U.S. Government to

*COMPLAINT* AND *REQUESTS*

58

support Woodhouse's filing, in order to restore basic decorum, and democratic

values to the United States Government.  Moreover, interests of privacy are not

paramount, in instances, where Parties, have engaged in terrorist acts, and

attempted to subjugate the U.S. Government to private contractors, and conflicted

trillion dollar Parties.  *U.S.A. Patriot Act*.  I have conferred on this *Request.*

## IX.    RECOMMENDED REMEDIATION PLAN FOR U.S. SENATE

First, the U.S. Senate must understand that the proverbial joke is that Courts

and Judges are on the take in such terrible manner, that it is not possible for

restitution, unless you, either, kill the Judge, or, kill a baby.  In this matter, both

acts, were effectuated, and I am witness to the burning alive of the 9th Circuit Judge

and Wilson Sonsini *Counsel Not of Record*.  *Decl. Mr. B. Woodhouse*.  Whether

someone set Gibson Dunn *Counsel Not of Record* up to this, to prove this point,

only discovery, and A.G. Bonta can tell us.  Undoubtedly, the U.S. Senate have to

come in to this case, after being served with copies, yet not being named

Defendants, and inject whatever discipline is needed, to return the Courts to basic

functionality.  The U.S. Senate need to create procedural safeguards such that the

9th Circuit does not go terrorist ever again, even in the wake of conflicted trillion

dollar companies litigating.

*COMPLAINT* AND *REQUESTS*

59

Second, the U.S. Senate needs to take possession of these conflicted trillion dollar Companies, and Alphabet Inc., to determine:

who is responsible for the Vietnam style platoons of military contractors, why Ms. Sandberg and Meta Platforms purchased assassinations from the Japanese Yakuza, what procedures can be set in place, such that Executives do not engage in terrorist conduct, and how these conflicted Parties are paying bribes to the Courts, such that they can not even assign basic matters?

A private trustee needs to be appointed for each, and every Company, and it needs to be someone with investigative experience, into such acts of indecency.

Further, third, the U.S. Senate also needs to enact legislation, here, which keeps separation between U.S. Attorneys, Judges, and Private Parties, such that we do not get large groups cohabitating, engaging in brain damage and terrorism, all, collectively.  We also need legislation that creates military help desk for Plaintiffs, and Judges, and can rise to the challenges of modern day litigations against corporate entities.  Also, a Plaintiffs union in Washington that also has access to advocators for the profession, needs to be set up.  Perhaps, a Leader from Italy could assist with leading such a Union.  It could be funded by a mandatory 10% commission on all settlements and awards.  In Italy, there, they had a "clean hands" movement led by the Free Press, within their Judicial system, after coercion

*COMPLAINT* AND *REQUESTS*

60

became a problem.  Perhaps, our movement could be appropriately named "the movement away from dirty miscreants."

Fourth, Ninth Circuit Judges need to be paid on reversals, and District Judges need to be paid, based on actual production trials, there should be a base salary, with most salary coming from the commissions earned for actual trials, thus matters will move forward, as the Judges go for trial commissions and not bribes. Fifth, Gibson Dunn needs to be dismantled, it is patently obvious that they pay bribes, to: the F.B.I., to Federal Judges, and other Members of the U.S. Government, and this comes in addition to Ms. Clinton's extraordinary consultancy work.  Ms. Clinton should donate her consultancy fee and take responsibility for the death of my Rhode Scholar colleague.  Mr. Van Schwing also needs to be dismissed from the California Bar for brazenly attempting to bill for historic felonies, conflicts, and red flagged cases, in addition to genocide.  He does not confer, on his criminal conduct, and conflicts, and is not bright enough to pay the bribes he does, without getting caught.  Lastly, Woodhouse advocates for the award of medals to the California State Police for valiantly attempting to beach the genocide hotel, and taking fire in the parking lot.


**X.**    ***REQUEST FOR RE-INSTATEMENT OF ELECTRONIC FILING PRIVILEGES***

*COMPLAINT* AND *REQUESTS*

Woodhouse moves the D.C. District Court to re-instate his electronic filing privileges in the Central District of California.  These were arbitrarily, and capriciously, removed by Judge Blumenfeld, after Woodhouse suggested that obstructing him from the binders of depositions of imposters, which killed his Rhode Scholar Colleague, might be inappropriate.  Fortunately, for Judge Blumenfeld her death means nothing to the 9th Circuit, they are playing for the Triple Conflicted Handicapped that plead the most felonies and conflicts in U.S. history, as the proverb goes, Good People die, when Bad People take bribes.  These binders of illegal discovery still have not been produced, and Judge Blumenthal is symbolically a Defendant to this suit.

It is in within the interest of economic, and judicial economy, for Woodhouse to be able to file documents electronically.  Further, the 9th Circuit has stated that such restrictions are unconstitutional and violate due process.  *Rinngold Lckhrt v. Los Angeles County*, 761 F.3d 1057, 1067 (9th Cir. 2014).  Moreover, the District Court should not, either, prejudice these proceedings, or, be censured for making administrative hurdles that are not meaningful, in affecting what is Constitutionally gifted due process.  *U.S. Constitutional Amendment I.*

On an additional note, Woodhouse found about one day of the California Bar to be dedicated to conflict checks, essays, and multiple choice.  Triple Conflicted Counsel, here, represented three conflicted Parties at once, including

*COMPLAINT* AND *REQUESTS*

62

trillion dollar companies, who could afford any Counsel, as he had previously

represented Alphabet Inc., via his co-Counsel, he was actually quadra conflicted.

Perhaps, the District Court should slow down on taking away due process, and

curtailing the rights of small business Leaders, and start to focus on some very

simple legal basics.  Judges complain that the Clerks cannot get hired, but then

uphold a quadra conflicts, with the most plead felonies in history, and genocide.  If

the Judges do not respect the profession, there cannot be one, running around help

a Dutch bourgeois, who cannot write his own name, just makes all Members of the

California Bar, look like the foundation of the legal system, is just a supercilious

exercise in futility.


## XI.    CONCLUSION AND REQUEST FOR DAMAGES

In conclusion, the District Court should default all of the Defendants and

hold them liable for: doctoring *Court Records*, entering private computer systems,

engaging in genocide, engaging in infanticide, all of which videotapes are in

possession of the U.S. Government, witness intimidation through the funding of

terrorist groups, attempting to profit from the most plead felonies and conflicts in

U.S. legal history through coercion of the Courts, and taking Woodhouse's

companies, via interference with Customers and the actual obtainment of Customer

Orders.  Woodhouse seeks U.S. $471,000,000 in compensatory damages, and

*COMPLAINT* AND *REQUESTS*

63

$409,000,000 in punitive damages for each, and every respective Defendant.

*Dang v. Cross*, 422 F.3d 800, 804 (9th Cir. 2005).  The District Court must also

grant the protective Order, until the conclusion of all litigation and appeals, around

this matter are resolved to the satisfaction of all Parties, or, a Jury has decided on

compensatory and punitive damages.  These damages are nominal considering,

Woodhouse can attest to takings of all of his companies.  Woodhouse also

admonishes those, who cite economic inequities, as a basis for the trillion dollar

conflicted Parties to prevail, Amazon was completely unprofitable as a Company

when taken public, the Owners would have taken nothing without funding, and is

now the largest in the U.S. at One point three trillion dollars.


## XII.   REQUEST FOR A JURY TRIAL

Woodhouse makes a request for a Jury Trial as is permitted under F.R.C.P.

39, and is specified also, on the Plaintiff's *Cover Sheet*.


## XIII.  STATEMENT OF JURISDICTION AND VENUE

It is appropriate for this matter to be heard in the Southern District of New

York, as this matter involves a Federal question, with a Civil R.I.C.O. Statute

forming a basis of liability, and the Parties being diverse and the controversy

exceeding over U.S. $75,000.  *28 U.S.C. Section 1331-2*.  Further, these atrocities,

*COMPLAINT* AND *REQUESTS*

64

including the acts of genocide which the U.S. Government possess videotapes of, all concern the U.S. Attorneys Office, which is based in the Southern District of New York, and acts of genocide, would constitute an issue triable in the location of the United Nations, as it pertains to global issues of civil rights.  There is also a policy interest, in the matter, being heard in an independent jurisdiction, as it deals with genocide and the abuse of power from conflicted Government actors.

Woodhouse also attempted to file the matter in the District Court in the Central District of California and was denied due process, as Judge Blumenfeld removed Woodhouse's filing abilities at the Court, in retaliation for a filing, requesting that the illegally submitted binders of depositions of imposters, which are responsible for the death of Woodhouse's Rhode Scholar colleague, be produced.  *Decl. B. Woodhouse*.  *U.S. Constitution I.  Combs v*.  While the Defendants committed perjury in the 9th Circuit, denying the existence of the binders, Woodhouse knows them to exist, as they were provided to the California Bar by Judge Blumenfeld, in a bizarre act of self incrimination.  Thus, other venues are not available, until due process is restored.  It is also critical that this Federal Court rise to the challenge of what might the most serious legal event in the last decade, and what might have perpetual consequences for the future of the profession, the safety of legal actors, and basic decency in regards to privacy.

*COMPLAINT* AND *REQUESTS*

65

## XIV.  ATTORNEY APPEARANCE AND REQUEST FOR APPEARANCE VIA TELEPHONIC MODE

Woodhouse is a member of the California Bar, he is permitted to appear in the Southern District of New York, as he is appearing pro se, and standing up for himself, in filing this action.  Furthermore, the Southern District of New York also allows for appearances from Counsels of other jurisdictions, without pro hac vice being granted, if they are representing an indigent, and Mr. Woodhouse would qualify currently for this status.  Mr. Woodhouse is also not taking a fee from any Client in participating in this action.  *Decl. Mr. B. Woodhouse*.

Woodhouse also requests that he be permitted to appear at Motion hearings, and the Joint Case Scheduling Conference, via telephonic appearance.  *King v. Garcia*, 21-cv-09118 (PMH) (S.D.N.Y. 2022).  In person appearances could be economically unviable from the Los Angeles area, and St. Thomas, U.S.V.I. locations for Woodhouse.  Moreover, Woodhouse also intends to personally protect his elderly parents, until a *Protective Order* is granted, and the illegal actors are away from the genocide hotel, across the street.  *Decl. Mr. B. Woodhouse*.  Mr. Woodhouse also humbly requests that telephonic appearance instructions be published into the Court record, such that he can appear telephonically, without disturbing the Court for further guidance.

Respectfully submitted,


_/s/ Benjamin Woodhouse_

Benjamin Woodhouse esq.
2975 Bayview Drive
Pismo Beach, CA. 93449
805 709 1995
California Bar #261361

*COMPLAINT* AND *REQUESTS*

67