Mr. Benjamin Woodhouse
Havensight Capital L.L.C.
2975 Bayview Dr.,
Pismo Beach, CA. 93449
805 709 1995
benjamin.woodhouse@gmail.com
Cal Bar #261361

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MR. BENJAMIN WOODHOUSE<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS INC., ALPHABET INC., NIKE INC., GIBSON DUNN & CRUTCHER INC., MR. ROB BONTA, ATTORNEY GENERAL, ACTING IN HIS OFFICIAL CAPACITY, MR. DAVID HARRIS, U.S. ATTORNEY,ACTING IN HIS OFFICIAL CAPACITY,JUDGE STANLEY BLUMENFELD,ACTING IN HIS OFFICIAL CAPACITY,  JUDGE GARY KLAUSNER, ACTING IN HIS OFFICIAL CAPACITY, JUDGE CHRISTINA SNYDER, ACTING IN HER OFFICIAL CAPACITY, JUDGE DEAN PREGERSON, ACTING IN HIS OFFICIAL CAPACITY, JUDGE LAWRENCE VAN DYKE, IN HIS OFFICIAL CAPACITY, JUDGE ERIC MILLER, ACTING IN HIS OFFICIAL CAPACITY, JUDGE MARK BENNETT, ACTING IN HIS OFFICIAL CAPACITY, MS. JOANNE OSINOFF, U.S. ATTORNEY, ACTING IN HER OFFICIAL CAPACITY, 9th CIRCUIT CLERK MOLLY DWYER, ACTING IN HER OFFICIAL CAPACITY.<br><br>Defendants. | Case No.: 1:23-cv-07000-P.A.E.<br><br>PLAINTIFF'S *PROOF OF SERVICE* OF *COMPLAINT* AND *CASE INITIATING DOCUMENTS*. |

### PROOF OF SERVICE

The *Complaint*, and *Case Initiating Documents* were served on: Nike Inc., Meta Platforms Inc., and Alphabet Inc., via a process server as proscribed by the *Federal Rules of Civil Procedure*, as evidenced by the attached *Affidavits*, and on the respective dates referenced by those *Affidavits*. *Exhibits A-C*. Additionally, the A.G. of California, and the U.S. Government Defendants, who were, all, acting in their official capacities, were served by first class U.S.P.S. mail, as proscribed in the *Federal Rules of Civil Procedure*, as evidenced by the attached dated *Affidavits*. *Exhibits D-E*. I hereby affirm that all is true and correct to the best of my knowledge. *Decl. Mr. B. Woodhouse.*

The Court is also apprised that Woodhouse has not engaged in any of the following actions: improper emails, calls, faxes, other communications with Chambers, filed any documents under seal, mailed any letters to the Court, sent any process servers to interact with Chambers, and showed up in person to the Court and Chambers. Woodhouse has and only would ever file documents publicly into the *Court Record*, and use public filings to accomplish, either, any administrative legal action, or, even an in camera review, any non public filing purported to be from Woodhouse, should be sent by the Court to the F.B.I. as it is discovered. Moreover, Woodhouse has alleged in his filed *Complaint* that the

1  *PROOF OF SERVICE*

conflicted Parties, and Alphabet Inc., have engaged in: felonious impersonation of Counsel, felonious misrepresentation of resolutions, patent felonious tampering with Court Records, false promises of employment via improper contacts with Court Clerks, and lethal atavistic violence against, both, an Appellate Judge and Chairman of a Law Firm.  This Court is humbly requested to be vigilant, against the conflicted Parties, and Alphabet Inc.'s penchant for illegal and unethical obstruction.

/s/ Benjamin Woodhouse

Havensight Capital L.L.C.

2975 Bayview Dr.

Pismo Beach, CA. 93449

Benjamin.woodhouse@protonmail.com

805 709 1995

Cal Bar. #261361

2  *PROOF OF SERVICE*

**EXHIBIT A**

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
New York District of New York

Index Number: 1:23-CV-07000-PAE                                        Date Filed: 8/23/2023

Plaintiff:
**BENJAMIN WOODHOUSE, ESQ.**

vs.

Defendant:
**META PLATFORMS INC. ET AL**

For:
Mr. Benjamin Woodhouse
2975 Bayview Drive
Pismo Beach, CA 93449

Received by AAA Attorney Services II, Inc. to be served on **META PLATFORMS INC., CSC - LAWYERS INCORPORATING SERVICE, 2710 GATEWAY OAKS DRIVE SUITE 150N, SACRAMENTO, CA 95833**.

I, KRYSTALYN SOUZA, do hereby affirm that on the **25th day of August, 2023** at **2:44 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **SUMMONS; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; PLAINTIFFS COMPLAINT AND JUDICIAL REQUESTS, ATTACHMENT #2; CIVIL COVER SHEET X 2 ; PLAINTIFFS NOTICE OF APPEAL, REQUEST FOR JUDICIAL NOTICE , REQUEST FOR RE-INSTATEMENT OF COMPLAINT, REQUEST FOR DISQUALIFICATION, AND REQUEST FOR DEFAULT; EXHIBITS; TRANSCRIPT STATUS REPORT** with the date and hour of service endorsed thereon by me, to: **NICOLE STAUSS** as **Registered Agent** at the address of: **CSC - LAWYERS INCORPORATING SERVICE, 2710 GATEWAY OAKS DRIVE SUITE 150N, SACRAMENTO, CA 95833** on behalf of **META PLATFORMS INC.**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

**KRYSTALYN SOUZA**
PS-047

 8/28/2023
**Date**

**AAA Attorney Services II, Inc.**
**P.O. Box 2309**
**Orange, CA 92859**
**(714) 633-4167**

Our Job Serial Number: ACA-2023004160
Service Fee: $38.60

**EXHIBIT B**

## **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
New York District of New York

Index Number: 1:23-CV-07000-PAE                                                    Date Filed: 8/23/2023

Plaintiff:
**BENJAMIN WOODHOUSE, ESQ.**

vs.

Defendant:
**META PLATFORMS INC. ET AL**

For:
Mr. Benjamin Woodhouse
2975 Bayview Drive
Pismo Beach, CA 93449

Received by AAA Attorney Services II, Inc. to be served on **ALPHABET INC., CSC - LAWYERS INCORPORATING SERVICE, 2710 GATEWAY OAKS DRIVE SUITE 150N, SACRAMENTO, CA 95833**.

I, KRYSTALYN SOUZA, do hereby affirm that on the **25th day of August, 2023** at **2:44 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **SUMMONS; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; PLAINTIFFS COMPLAINT AND JUDICIAL REQUESTS, ATTACHMENT #2; CIVIL COVER SHEET X 2 ; PLAINTIFFS NOTICE OF APPEAL, REQUEST FOR JUDICIAL NOTICE , REQUEST FOR RE-INSTATEMENT OF COMPLAINT, REQUEST FOR DISQUALIFICATION, AND REQUEST FOR DEFAULT; EXHIBITS; TRANSCRIPT STATUS REPORT** with the date and hour of service endorsed thereon by me, to: **NICOLE STAUSS** as **Registered Agent** at the address of: **CSC - LAWYERS INCORPORATING SERVICE, 2710 GATEWAY OAKS DRIVE SUITE 150N, SACRAMENTO, CA 95833** on behalf of **ALPHABET INC.**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

**KRYSTALYN SOUZA**
PS-047

_8/28/2023_
**Date**

**AAA Attorney Services II, Inc.**
**P.O. Box 2309**
**Orange, CA 92859**
**(714) 633-4167**

Our Job Serial Number: ACA-2023004159
Service Fee: $98.60

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1t

# EXHIBIT C

## PROOF OF SERVICE

| Case:<br>1:23-CV-07000-PAE | Court:<br>UNITED STATES DISTRICT COURT | County:<br>SOUTHERN DISTRICT OF NEW YORK, NY | Job:<br>9470587 (4166 / Rush ) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>BENJAMIN WOODHOUSE, ESQ. | | Defendant / Respondent:<br>META PLATFORMS INC. ET AL | |
| Received by:<br>Hart 2 Hart Investigations & Legal Support | | For:<br>AAA Attorney Services | |
| To be served upon:<br>United Agents Group Inc - Registered Agent for NIKE, INC. | | | |

I, Jules Henderson, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**  United Agents Group Inc - Registered Agent for NIKE, INC., United Agents Group Inc - Registered Agent for NIKE, INC.,: 5708 136TH AVE Ste. #2, PORTLAND, OR 97236-4181

**Manner of Service:**  Registered Agent, Aug 28, 2023, 2:42 pm PDT

**Documents:**  SUMMONS; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; PLAINTIFFS COMPLAINT AND JUDICIAL REQUESTS, ATTACHMENT #2; CIVIL COVER SHEET X 2 ; PLAINTIFFS NOTICE OF APPEAL, REQUEST FOR JUDICIAL NOTICE , REQUEST FOR RE-INSTATEMENT OF COMPLAINT, REQUEST FOR DISQUALIFICATION, AND REQUEST FOR DEFAULT; EXHIBITS; TRANSCRIPT STATUS REPORT and § (Received Aug 28, 2023 at 12:00am PDT)

**Additional Comments:**
1) Successful Attempt: Aug 28, 2023, 2:42 pm PDT at United Agents Group Inc - Registered Agent for NIKE, INC.,: 5708 136TH AVE Ste. #2, PORTLAND, OR 97236-4181 received by United Agents Group Inc - Registered Agent for NIKE, INC.. Age: 32; Ethnicity: Caucasian; Gender: Male; Weight: 200; Height: 6'0"; Hair: Brown; Eyes: Blue; Other: Name: Robert Guarnier- Glasses, short brown hair, heavy set. Black shirt. Blue jeans. ;
I confirmed the identity of the servee.
Stated I had legal documents for them and handed over the documents with no issue.

JOB COMPLETE

_____   08/29/2023

Jules Henderson                                                **Date**
OR PI-ID #110084

AAA Attorney Services II Inc
PO Box 2309 Orange CA 92859

**EXHIBIT D**

### RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
New York District of New York

Index Number: 1:23-CV-07000-PAE                                                                    Date Filed: 8/23/2023

Plaintiff:
**BENJAMIN WOODHOUSE, ESQ.**

vs.

Defendant:
**META PLATFORMS INC. ET AL**

For:
Mr. Benjamin Woodhouse
2975 Bayview Drive
Pismo Beach, CA 93449

Received by AAA Attorney Services II, Inc. to be served on **OFFICE OF THE ATTORNEY GENERAL, 1300 ' I ' STREET, SACRAMENTO, CA 95814**.

I, C. MORALES, do hereby affirm that on the **28th day of August, 2023** at **4:00 pm, I:**

SUMMONS; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; PLAINTIFFS COMPLAINT AND JUDICIAL REQUESTS, ATTACHMENT #2; CIVIL COVER SHEET X 2 ; PLAINTIFFS NOTICE OF APPEAL, REQUEST FOR JUDICIAL NOTICE , REQUEST FOR RE-INSTATEMENT OF COMPLAINT, REQUEST FOR DISQUALIFICATION, AND REQUEST FOR DEFAULT; EXHIBITS; TRANSCRIPT STATUS REPORT

**Additional Information pertaining to this Service:**
* A true copy of the documents were sealed and placed in the United States mail with First Class postage prepaid on & from:   8-28-23 FROM ORANGE, CA

## **RETURN OF SERVICE For 1:23-CV-07000-PAE**

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_____

**C. MORALES**
#2720

 8/29/2023
**Date**

**AAA Attorney Services II, Inc.**
**P.O. Box 2309**
**Orange, CA 92859**
**(714) 633-4167**

Our Job Serial Number: ACA-2023004163
Service Fee: $55.10

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1t

**EXHIBIT E**

## **RETURN OF SERVICE**

### UNITED STATES DISTRICT COURT
New York District of New York

Index Number: 1:23-CV-07000-
PAE

Date Filed: 8/23/2023

Plaintiff:
**BENJAMIN WOODHOUSE, ESQ.**

vs.

Defendant:
**META PLATFORMS INC. ET AL**

For:
Mr. Benjamin Woodhouse
2975 Bayview Drive
Pismo Beach, CA 93449

Received by AAA Attorney Services II, Inc. to be served on **UNITED STATED ATTORNEY OFFICE, 86 CHAMBERS ST, 3RD FLOOR, NEW YORK, NY 10007**.

I, C. MORALES, do hereby affirm that on the **28th day of August, 2023** at **4:00 pm, I:**

SUMMONS; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; PLAINTIFFS COMPLAINT AND JUDICIAL REQUESTS, ATTACHMENT #2; CIVIL COVER SHEET X 2 ; PLAINTIFFS NOTICE OF APPEAL, REQUEST FOR JUDICIAL NOTICE , REQUEST FOR RE-INSTATEMENT OF COMPLAINT, REQUEST FOR DISQUALIFICATION, AND REQUEST FOR DEFAULT; EXHIBITS; TRANSCRIPT STATUS REPORT

**Additional Information pertaining to this Service:**
* A true copy of the documents were sealed and placed in the United States mail with First Class postage prepaid on & from:   8-28-23 FROM ORANGE, CA

## RETURN OF SERVICE For 1:23-CV-07000-PAE

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

C. MORALES
#2720

 8/29/2023
**Date**

**AAA Attorney Services II, Inc.**
**P.O. Box 2309**
**Orange, CA 92859**
**(714) 633-4167**

Our Job Serial Number: ACA-2023004162
Service Fee: $55.10

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1t