UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN WOODHOUSE,

               Plaintiff,

           -v-

META PLATFORMS INC., *et al.*,

               Defendants.

23 Civ. 7000 (PAE)

ORDER

PAUL A. ENGELMAYER, United States District Judge:

On September 5, 2023, the Court dismissed *pro se* plaintiff Benjamin Woodhouse's complaint as frivolous, and ordered Woodhouse to submit an affirmation showing cause as to why the Court should not bar Woodhouse, and any other entity he owns or controls, from filing any future civil action in this court against any of the defendants named in this action without first obtaining the court's leave to file. Dkt. 7. Later the same day, Woodhouse filed a motion to disqualify the below signed and reinstate the Complaint; for a new trial, default, and judicial notice; and responding to the order to show cause. Dkt. 8. The Court denies the motion as meritless and directs the Clerk of Court to terminate the motion at docket 8.

Separately, today, the Court filed an amended version of its order at docket 7, to enclose the affirmation form.

SO ORDERED.

Dated: September 8, 2023
          New York, New York

                                                    PAUL A. ENGELMAYER
                                                    United States District Judge