UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN WOODHOUSE,

                        Plaintiff,

        -v-

META PLATFORMS INC., *et al.*,

                        Defendants.

23 Civ. 7000 (PAE)

ORDER

PAUL A. ENGELMAYER, United States District Judge:

On September 11, 2023, defendants Nike, Inc., Meta Platforms, Inc. and Gibson, Dunn & Crutcher Inc. moved for an injunction permanently enjoining defendant Benjamin Woodhouse from filing any civil action related to the allegations made in the current lawsuit against Nike, Meta, and Gibson Dunn in any federal district court. *See* Dkt. 13. On September 12, 2023, Alphabet Inc. joined their motion. *See* Dkt. 21. The Court invites a response to the motion from plaintiff Woodhouse. The response is due by September 26, 2023. Any reply from defendants is due October 3, 2023.

SO ORDERED.

                                              *Paul A. Engelmayer*
                                              PAUL A. ENGELMAYER
                                              United States District Judge

Dated: September 12, 2023
       New York, New York