UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN WOODHOUSE,

                                        Plaintiff,                          23 Civ. 7000 (PAE)

                        -v-
                                                                            ORDER
META PLATFORMS INC., *et al.*,

                                        Defendants.

PAUL A. ENGELMAYER, District Judge:

On September 8, 2023, the Court *sua sponte* dismissed the current action as frivolous.

Dkt. 10.  On December 5, 2023, the Court entered a filing injunction against Woodhouse that

prevents him from filing a new action against protected defendants relating to allegations made

in the instant lawsuit or other vexatious lawsuits brought by Woodhouse.  Dkts. 28, 29.  On

December 12, 2023, Woodhouse filed the instant motion seeking "relief from judgment," to "re-

open" the case, and "relief from an inequitable order."  Dkt. 31 at 6.  Although the instant motion

does not fall under the scope of the filing injunction, it is nonetheless meritless and frivolous.

The motion repeats the same fantastic and delusional claims that comprise Woodhouse's other

filings in this case.  Accordingly, the Court denies the motions as frivolous.  The Clerk of Court

is directed to terminate the motion pending at Docket 31.

        SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                        _____
                                                        PAUL A. ENGELMAYER
                                                        United States District Judge

Dated: December 13, 2023
New York, New York