UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN WOODHOUSE,

                          Plaintiff,

      -v-

META PLATFORMS INC., *et al.*,

                         Defendants.

23 Civ. 7000 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On December 13, 2023, the Court dismissed as frivolous plaintiff Benjamin Woodhouse's motion seeking "relief from judgment," to "re-open" the case, and "relief from an inequitable order." Dkt. 31 (Woodhouse's motions); Dkt. 32 (order denying motion). That day, after the Court dismissed Woodhouse's motion, Woodhouse refiled the same motion. Dkt. 33. The Court denies the motion at Docket 33 as meritless and frivolous.

    SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: December 14, 2023
New York, New York