UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN WOODHOUSE,

                Plaintiff,

    -v-

META PLATFORMS INC., *et al.*,

                Defendants.

23 Civ. 7000 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On December 18, 2023, Benjamin Woodhouse filed a motion seeking, *inter alia*, this Court's disqualification, reinstatement of his complaint, and default. Dkt. 39. This Court denies the motion as frivolous and vexatious.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: December 20, 2023
New York, New York